UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SALAMINIA SHIPPING INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 13-0305 |
| | * | |
| PHAETHON INTERNATIONAL CO., S.A. | * | JUDGE SECT. R MAG. 3 |
| | * | |
| | * | MAGISTRATE |
| | * | |

## ORIGINAL VERIFIED COMPLAINT

Plaintiff, Salaminia Shipping Inc. ("Salaminia"), by and through its undersigned counsel, Chaffe McCall, L.L.P., respectfully submits its Original Verified Complaint against the Defendant, Phaethon International Co., S.A. ("Phaethon"), and would show as follows:

I.

Jurisdiction is proper pursuant to 28 U.S.C. § 1333, Rule 9(h) and Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. This action is brought pursuant to 9 U.S.C. §8 for the purpose of obtaining security for a foreign arbitration.

II.

Venue is proper in this Court because property belonging to the Defendant is on board the vessel M/V YASA FORTUNE, a vessel presently located within this District.

III.

Plaintiff Salaminia is a foreign entity organized and existing pursuant to the laws of a foreign country.

2007659-1

IV.

Defendant Phaethon is a foreign entity organized and existing pursuant to the laws of a foreign country.

V.

On or about July 27, 2012, Salaminia entered into a Government Form Charter Party with Phaethon, wherein Phaethon agreed to charter the M/V SALAMINIA (hereinafter, the "Vessel") for a minimum period of 3 months. (See charter party dated July 27, 2012 attached hereto as Exhibit A.) Phaethon breached the terms of the charter party by failing to pay outstanding charter hire before delivery of the vessel in the amount of $164,846.05 as provided for under the charter agreement. (See Statement of Account attached hereto as Exhibit B). Phaethon's failure to pay all charter hire due has caused material damages to Salaminia.

VI.

As a result of the breach of the charter party, Salaminia commenced arbitration proceedings against Phaethon under clause 17 of the charter party.

## RULE B ALLEGATIONS

VII.

Salaminia incorporates all previous allegations as Rule B allegations as if set forth herein *in extenso*.

VIII.

On the basis of the foregoing allegations, Phaethon is indebted to Salaminia as a result of the breach of the charter party dated July 27, 2012.

2007659-1

IX.

Upon information and belief, Phaethon cannot be found within the district or within the jurisdiction of this Court within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims. However, Phaethon owns and/or possesses an attachable interest in property presently within the jurisdiction of the Court, namely bunkers and marine fuel oil onboard the M/V YASA FORTUNE, a vessel presently on time charter to Phaethon. This property may be attached pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and sold to secure and satisfy Salaminia's claim herein.

WHEREFORE, Plaintiff Salaminia prays:

1. That this Original Verified Complaint be deemed good and sufficient;
2. That process in due form of law according to the practice of this Court in cases of admiralty jurisdiction issue against Phaethon citing it to appear and answer under oath all and singular matters alleged in this Original Verified Complaint, failing which default judgment be entered against Phaethon.
3. That because the Defendants cannot be found within this District and have no agent(s) for service of process in this District, the Court issue an Order directing the Clerk of Court to issue a Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching the bunkers and marine fuel oil onboard the M/V YASA FORTUNE and all other goods, chattels, credits, letters of credit, bill of lading, effects, debts and monies, tangible or intangible, or any other belonging to, due or being transferred to, from, or for the benefit of Phaethon, and that all

2007659-1

persons claiming any interest in the same be cited to appear and, pursuant to Supplemental Admiralty Rule B, answer the matters alleged in the Complaint;

4. That pursuant to 9 U.S.C. §§ 201 *et seq.* this Court recognize and confirm any arbitration award or judgment in Plaintiff's favor against Phaethon as a judgment of this Court;

5. That the Plaintiff receive such other, further relief as the Court deems just, proper and equitable.

> Respectfully submitted,
>
> Daniel A. Tadros, T.A. #21906
> Adeláida J. Ferchmin #29859
> CHAFFE McCALL L.L.P.
> 2300 Energy Centre, 1100 Poydras Street
> New Orleans, LA 70163-2300
> Telephone: (504) 585-7000
> Facsimile: (504) 585-7075
> **Attorneys for Salaminia Shipping Inc.**

**PLEASE SERVE:**

Defendant Phaethon International Co. S.A.
through attachment of the cargo onboard the M/V YASA FORTUNE and in the custody and control of the Master of said vessel.
The M/V YASA FORTUNE is presently located at Cargill Westwego at the address below.

933 River Rd.
Westwego, LA 70094