PROFORMA

# Time Charter

GOVERNMENT FORM

*Approved by the New Yourk Produce Exchange*
November 6th, 1913 – Amended October 20th, 1921; August 6th, 1913 ; October 3rd, 1946

1   **This Charter Party,** made and concluded in ......*London*...day of ...*27ᵗʰ July 2012*...................................*19*.......................
2   Between Messrs. ...*Salaminia Shipping Inc*...................................................................................................................
3   Owners of the good *Bahamas* .... steamship/Motorship *"SALAMINIA."* (See Clause 29 " Vessel Description") of .,
4   of  ........ tons gross register, and ...... .. ................... tons net register, having engines of .................................................... indicated horse power
5   and with hull, machinery and equipment in a thoroughly efficient state, and classed *NKK* .................................................................................
6   a ............... of about.. ........ cubic ............................................feet bale capacity, and about. ......... tons of 2240 Tes.
7   deadweight capacity (~~cargo and bunkers, including fresh water and stores not exceeding one and one half percent of ship's deadweight capacity,~~
8   ~~allowing a minimum of fifty tons~~) on a draft of ...........feet .meters............. inches on *salt water* Summer freeboard, inclusive of permanent bunkers,
9   which are of the capacity of about ................................................................ tons of fuel, and capable of steaming, fully laden, under good weather
10  conditions about..................... knots on a consumption of about..... tons of *IFO* and about...... tons of *MDO* ~~best Welsh coal best grade fuel oil best grade~~
    ~~Diesel oil,~~
11  now *trading*........................................................................................................................................................................
12  ......and Messrs. *Phaethon International Co. S.á.*
13  **Witnesseth,** That the said Owners agree to let, and the said Charterers agree to hire the said vessel, from the time of delivery, for
14  *further Time Charter Period in direct continuation of minimum 3 months up to maximum 7 months in Charterers option, trading always*
    *within International Warranty Limits, always afloat always accessible and via safe ports safe berths safe anchorages with harmless and legal*
    *merchandise for the vessel and Owners. Charterers agree that will not have the right to redeliver the vessel during the period between*
    *15ᵗʰ December2012 - 15ᵗʰ January2013.*
15  apply within below mentioned trading limits.
16  charterers to have liberty to sublet with ~~maximum two additional~~ *other* parties to apply for the duration of charter party period , the vessel for
17  all or any part of the time covered by this Charter, but Charterers remaining responsible for
    the fulfilment of this Charter Party. Charterers guarantee that there will be no deviation from the terms of the present Charter Party, when subletting the vessel
    to other parties. The terms of each fixture to sub-Charterer(s) to be communicated to Owners by latest 48 hours prior each sub-Charter Party comes to effect.
    *Acceptance of delivery by Charterers shall not constitute any waiver of Owners' obligation*
17  *Hereunder.*
18  Vessel to be placed at the disposal of the Charterers at, *upon termination of present period (Cp dd 16/02/12) in direct continuation  at anytime day*
    *and*
19  *night Sundays and holidays included.*
20  ~~in such deck or at such wharf or place (where she may safely lie, always afloat, at all times of tide, except as otherwise provided in clause No. 6), as~~
21  ~~the Charterers may direct. If such dock, wharf or place be not available time to count as provided for in clause No. 5.~~ Vessel on her delivery to be
22  ready to receive cargo with clean-swept holds and tight, staunch, strong and in every way fitted for the service, ·
22  having water ballast, ~~winches and~~
23  ~~donkey boiler with sufficient steam power, or if not equipped with donkey boiler, then other power sufficient to run all the winches at one and the same~~
24  time (and with full complement of officers, seamen, engineers and firemen for a vessel of her tonnage), to be employed, in carrying lawful merchan-
25  dise, ~~including petroleum or its products, in proper containers, excluding~~ .......*(See Clause 68)* .................................
26  ~~(vessel is not to be employed in the carriage of Live Stock, but Charterers are to have the privilege of shipping a small number on deck  at their risk,~~
27  ~~all necessary fittings and other requirements to be for account of Charterers~~), in such lawful trades, between safe port and/or *safe* ports in British North
28  ~~America, and/or United States of America, and/or West Indies, and/or Central America, and/or Caribbean Sea, and/or Gulf of Mexico, and/or~~
29  ~~Mexico, and/or South America~~ .......................................................................................................and/or Europe
30  ~~and/or Africa, and/or Asia, and/or Australia, and/or Tasmania, and/or New Zealand, but excluding Magdalena River, River St. Lawrence between~~
31  ~~October 31st and May 15th, Hudson Bay and all unsafe ports, also excluding, when out of season, White Sea, Black Sea and Baltic;~~
32  *trading always within Institute Warranty Limits but excluding (See Clause 89)*...............................................................
33  ...................................................................................................................................................................
34  ...................................................................................................................................................................
35  as the Charterers or their Agents shall direct, on the following conditions:
36      1.    That whilst on hire, the Owners shall provide and pay for all provisions, wages and consular shipping and discharging fees of the Crew; shall pay
36  for the *normal*
37  insurance of the vessel, also for all the cabin, deck, engine-room and other necessary stores, including boiler water *drinking water,*
37  *lubricating oil, however, compulsory garbage dues are to be for Charterers' account.* ~~Master to keep Charterers informed if~~
37  ~~vessel calls at a port where compulsory garbage dues are in effect but he does not have rubbish to dispose of,~~ and maintain her class
37  and keep
38  the vessel in a thoroughly efficient state in hull, machinery and equipment  *with inspection facilities necessary to Comply with current*
38  *requirements at ports of call and canals for* and during the service.  *Falling which, Owners are responsible for any directly related*
38  *proven time lost and expenses incurred thereby.*
38  *It is also understood that if any extra documents other than usual trading certificates to meet special and specific requirements*
38  *are required, in a particular port or private terminal same to be for Charterers' account including but not limited to the*
38  *additional mooring lines which to be arranged for and paid by the Charterers.*

**EXHIBIT**

A

PROFORMA

38 *As per vessel's description vessel is fitted with grabs (4x12 CBM) so Charterers can use vessel's grabs for loading/discharging*
38 *as per request, without cost of any additional hire. Owners remain responsible for/grabs' working condition as per*
38 *specifications.*

39  2.  That *whilst on hire*, the Charterers shall provide and pay for all the fuel except as otherwise agreed. Port Charges *compulsory* and

39 *customary* Pilotages, including Singapore for bunkers, Skaw(Great Belt and Sound), Dardanelles, *boatage on Charterers'*
*business for clearance and cargo purpose*, Agencies *for clearance and cargo purpose*

39 *only*, Consular, ~~River dues~~, Canals, Stevedore Expenses, Compulsory Watchmen, Winchmen-Cranemen both ends, tallymen,,
39 *Taxes/dues/fees/value added tax on cargo*,

40 Consular Charges (except those pertaining to the Crew *and flag*), and all other usual expenses except those before stated, but when the vessel puts into
41 a port for causes for which vessel is responsible, then all such charges incurred shall be paid by the Owners. ~~Fumigations ordered because of~~
42 ~~illness of the crew to be for Owners account. Fumigations ordered because of cargoes carried or ports visited while vessel is employed under this~~
43 ~~charter to be for Charterers account. All other fumigations to be for Charterers account after vessel has been on charter for a continuous period~~
44 ~~of six months or more.~~ *(See Clause 75)*

45 Charterers are to provide necessary dunnage *shippers to submit to Master phyto-sanitary certificate of dunnage, issued by local*
45 *authority, prior departure, failing which charterers to remain responsible for any consequences in U.S.A. or other authority's*
45 *fines/delay* ~~and shifting boards~~, also any extra fittings requisite ~~for a special trade or unusual cargo~~, but
46 Owners to allow them the use of any dunnage, *lashing ,materials* and shifting boards already aboard vessel. ~~Charterers to have the privilege of using shifting~~
46 ~~Boards~~
47 ~~for dunnage, they making good any damage thereto.~~

48  3.  ~~That the Charterers, at the port of re delivery, and the Owners, at the port of re delivery, shall take over and pay for all fuel remaining on~~
49 ~~board the vessel at the current prices in the respective ports, the vessel to be delivered with not less than .......................... tons and not more than~~
50 ~~.......................... tons and to be re delivered with not less than ........................ tons and not more than ............................ tons.~~

51  4.  That the Charterers shall pay for the use and hire of the said Vessel at the flat rate of *USD 10,900 per day pro rata including overtime*
52 United States Currency  payable as per clause 72 ~~for the first 13 mos at the rate of~~
52 ~~per ton on vessel's total deadweight carrying capacity, including bunkers~~
52 *And*

53 ~~stores, on ........................ summer freeboard, per Calendar Month~~, commencing on and from the day *and time* of her delivery, as aforesaid, and at
54 and after the same rate for any part of a *day* ~~month~~; hire to continue until the *time* ~~hour~~ of the day of her re-delivery in like good order and condition, ordinary
55 wear and tear excepted, to the Owners (unless lost) at *on dropping last outward sea pilot  one safe port in Charterers option and always*
*within trading limits, of bellow mentioned areas, always any time day and night Sundays and holidays included:*
*Skaw/up to including Gibraltar and including United Kingdom, Continent, full Mediterranean, Black Sea (excluding Azov sea*
*during winter time (or in the Charterers option PG / Japan range including full Indonesia, full Malaysia, full Philippine*
*Islands, Australia, New Zealand or in the Charterers' option Boston/Bahia Blanca including U.S. Gulf, Caribbean, North*
*Coast South America any time day and night Sundays and Holidays included.*

56 unless otherwise mutually agreed.
57 ~~notice of vessels expected date of re-delivery, and probable port~~ *Owners to give Charterers not less than 15/10/7 days notice of approximate*
*date and place of delivery and 5/3/2/1 day(s) notice of definite date and place of delivery. Charterers are to give Owners not less*
*than 20/15 days approximate notice of vessel's expected date of redelivery and probable port then 10/7/5 days approximate and*
*3/2/1 days definite notice of vessels date of redelivery and intended port.*

58  5.  Payment of said hire to be made to *Owners' nominated bank account* in ~~New York~~ in cash in United States Currency, *15(fifteen) days*
58 ~~semi monthly~~ in advance, and for the last *15 (fifteen) days* ~~half month or~~
59 part of same the approximate amount of *15 days* hire, and should same not cover the actual time, hire is to be paid for the balance day by day, as it becomes
60 due, if so required by Owners, unless bank guarantee or deposit is made by the Charterers, otherwise on any breach of this of this Charter Party, the owners shall
61 be at liberty to withdraw and /or suspend the vessel from the service of the  Charterers,
62 without prejudice to any claim they (the Owners) may otherwise have on the Charterers. ~~Time to count from 7 a.m. on the working day~~
63 ~~following that on which written notice of readiness has been given to Charterers or their Agents before 4 p.m. , but if required by Charterers, they~~
64 ~~to have the privilege of using vessel at once, such time used to count as hire.~~
65 ...................................................................................................................
66 ...................................................................................................................
67 ...................................................................................................................

68  6.  That the cargo or cargoes be laden and/or discharged in any safe dock or at any safe wharf or safe place safe anchorage that Charterers or their
68 Agents may
69 direct, provided the vessel can safely lie always afloat at any time of tide, except, ~~at such places~~ where it is customary for similar size vessels to safely
70 ~~lie aground.~~ *Vessel always to be left in safe seaworthy trim between berth(s), port(s), anchorage(s), to Master's satisfaction.*

71  7.  That the whole reach of the Vessel's Hold, ~~Decks, and usual places of loading~~ (not more than she can reasonably stow and carry), also
72 accommodations for Supercargo, during loading and discharging and not for sea passage, *if same available and who is to sign Owners' usual form*
*stating that he is onboard at his own risk*
72 *and expense* if carried, shall be at the Charterers' disposal, reserving only proper and sufficient space for Ship's officers, crew,
73 tackle, apparel, furniture, provisions, stores and fuel. ~~Charterers have the privilege of  passengers as far as accommodations allow, Charterers~~
74 ~~paying Owners.............. per day per passenger for accommodations and meals. However, it is agreed that in case any fines or extra expenses are~~
75 ~~incurred in the consequences of the carriage of passengers, Charterers are to bear such risk and expense.~~

76  8.  That the Captain shall prosecute his voyages with the utmost despatch, and shall render all customary assistance with ship's crew and
77 boats. The Captain (although appointed by the Owners), shall be under the orders and directions of the Charterers as regards employment and
78 agency; and  Charterers are to load, stow, and trim, *secure and discharge, lash, unlash, unsecure, remove dunnage, chock, unchock,*
78 *Provide cranemen/winchmen at their own risk and expense, both ends*, the cargo at their expense/*time/risk* under the supervision of the
78 Captain, who is to sign Bills of Lading for
79 cargo as presented, in *strict* conformity with Mate's ~~or Tally Clerk's~~ receipts.

80  9.  That if the Charterers shall  have reason to be dissatisfied with the conduct of the Captain, Officers, or Engineers, the Owners shall on

PROFORMA

81 receiving particulars of the complaint, investigate the same, and, if necessary, ~~make a change in the appointments.~~

82 10. That the Charterers shall have permission to appoint a Supercargo, *at his own risk and after signing relevevant  Owners P & I form given*

82 *by Master prior his boarding* ~~who shall accompany the vessel and see that voyages are prosecuted~~

83 *no passengers allowed,* Charterers

83 paying at the

84 rate of US$~~12.00 1.00 per day........~~*USD 1,700 per month pro rata for victualling and entertainment at Captain's table.*  Owners to victual Pilots and Customs Officers, and also, when

84 authorized by Charterers or their Agents, to victual Tally

85 Clerks, Stevedore's Foreman, etc., Charterers paying *(See Clause 67)* ~~at the current rate~~ per meal, for all such victualling.

86 11. That the Charterers shall furnish the Captain from time to time with all  requisite instructions and  sailing directions,  in writing,  and the

87 Captain shall keep a full and correct Log of the voyage or voyages, which are to be patent to the Charterers or their Agents, and furnish the Char-

88 terers, their Agents or Supercargo, when required, *at the end of each completed voyage,* with a true copy of daily Logs, showing the course of the vessel

89 and distance run and the con-

89 Sumption of fuel.

90 12. That the Captain shall use diligence in caring for the ventilation of the cargo. *Natural ventilation only. Charterers to give specific*

90 *instructions to the Master for any out of the ordinary ventilations requirements.*

91 ~~13.  That the Charterers shall have the option of continuing this charter for a further period of~~ ................................................................

92 .....................................................................................................................................................................

93 ~~on giving written notice thereof to the Owner or their Agents .................... days previous to the expiration of the first named term, or any declared option.~~

94 14.    That if required by Charterers, time not to commence before ............................. and should vessel

95 not have given written notice of readiness on or before ......................................................... Charterers or their Agents

96 to have the option of cancelling this Charter at any time not later than the day of vessel's readiness.*If it is evident that vessel is missing her cancelling*

96 *owners to inform charterers accordingly and request extention of lay/can and charterers to confirm same or cancel the ship latest within 72 hours.*

97 15. That in the event of the loss of time from deficiency *and/Of default* of men or deficiency of stores, fire, breakdown or damages to hull,

97 machinery or equipment,

98 grounding, detention by average accidents to ship or cargo, drydocking for the purpose of examination or painting bottom, or by any other cause

99 preventing the full working of the vessel, the payment of hire shall cease for the *actual* time thereby lost *unless caused by Charterers*

99 *and/or their servants and/or cargoes carried until the vessel returns to same or equivalent position,* and if upon the voyage the speed be

99 Reduced by

100 defect in or breakdown of any part of her hull, machinery or equipment, the actual time so lost, and the cost of any extra fuel consumed in consequence

101 thereof, and *any directly related proven* all extra expenses *up to first ship* shall be deducted from the hire.

102 16. That should the Vessel be lost, money paid in advance and not earned (reckoning from the date of loss or being last heard of) shall be

103 returned to the Charterers at once. The act of God, enemies, fire, restraint of Princes, Rulers and People, and all dangers and accidents of the Seas,

104 Rivers, Machinery, Boilers and Steam Navigation, and errors of Navigation throughout this Charter Party, always mutually excepted.

105 The vessel shall have the liberty to sail with or without pilots, to tow and to be towed, to assist vessels in distress, and to deviate for the

106 purpose of saving life and property.

107 17. That should any dispute arise between Owners and the Charterers, the matter in dispute shall be referred to three persons at *London* ~~New York,~~

107 *English Law to apply.*

108 one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them, shall be final, and for

109 the purpose of enforcing any award, this agreement may be made a rule of the Court. The Arbitrators shall be *commercial* shipping men. *In the event the*

109 *amount of claim and counter loss does not exceed US$100,000.00 the parties agree to refer any dispute to a sole arbitrator in*

109 *accordance with LMMA Small Claim Procedure 1989.*

110 18 That the Owners shall have a *contractual and/or maritime* lien upon all cargoes, *whether belonging to Charterers or not* and all

110 sub-freights, *deadfreights, demurrage, sub-hire, sub-demurrage and any and all amounts due to Charterers under this Charter*

110 *Party* for any amounts due under this Charter, including General Aver

111 age contributions, and the Charterers to have a lien on the Ship for all monies paid in advance and not earned, and any overpaid hire or excess

112 deposit to be returned at once. Charterers will not suffer, nor permit to be continued, any lien or encumbrance incurred by them or their agents, which

113 might have priority over the title and interest of the owners in the vessel.

114 19. That all derelicts and salvage shall be for Owners' and Charterers' equal benefit after deducting Owners' and Charterers' expenses and

115 Crew's proportion. General Average to be adjusted, stated and settled, according to Rules 1 to 15, inclusive, 17 to 22, inclusive, and Rule F of

116 York-Antwerp Rules *1994 or any amendments thereto* ~~1924,~~ ~~at such port or place in the United States as may be selected by the carrier,~~ and as to matters

116 not provided for by these

117 Rules, according to the laws and usages at the port of *London* ~~New York. In such adjustment disbursements in foreign currencies shall be exchanged into~~

118 ~~United States money at the rate prevailing on the dates made and allowance for damage to cargo claimed in foreign currency shall be converted at~~

119 ~~the rate prevailing on the last day of discharge at the port or place of final discharge of such damaged cargo from the ship. Average agreement or~~

120 ~~bond and such additional security, as may be required by the carrier, must be furnished before delivery of the goods. Such cash deposit as the carrier~~

121 ~~or his agents may deem sufficient as additional security for the contribution of the goods and for any salvage and special charges thereon, shall, if~~

122 ~~required, be made by the goods, shippers, consignees or owners of the goods to the carrier before delivery. Such deposit shall, at the option of the~~

123 ~~carrier, be payable in United States money and be remitted to the adjuster. When so remitted the deposit shall be held in a special account at the~~

124 ~~place of adjustment in the name of the adjuster pending settlement of the General Average and refunds or credit balances, if any, shall be paid in United State~~

125 ~~United States money.~~

126 ~~In the event of accident, danger, damage, or disaster, before or after commencement of the voyage resulting from any cause whatsoever,~~

127 ~~whether due to negligence or not, for which, or for the consequence of which, the carrier is not responsible, by statute, contract, or otherwise, the~~

128 ~~goods, the shipper and the consignee, jointly and severally, shall contribute with the carrier in General average to the payment of any sacrifices,~~

129 ~~losses, or expenses of a general average nature that may be made or incurred, and shall pay salvage and special charges incurred in respect of the~~

130 ~~goods. If a salving ship is owned or operated by the carrier, salvage shall be paid for as fully and in the same manner as if such salving ship or~~

131 ~~ships belonged to strangers.~~ *Hire not to contribute to General Average.*

132 Provisions as to General Average in accordance with the above are to be included in all bills of lading issued hereunder.

133 ~~20.  Fuel used by the vessel while off hire, also for cooking, condensing water, or for grates and stoves to be agreed to as to quantity, and the~~

PROFORMA

134 ~~cost of replacing same, to be allowed by Owners.~~ *Bunkers consumed during off-hire to be for Owners' account. Bunker prices to be the*
134 *same as on delivery / redelivery.*
135 ~~21. That as the vessel may be from time to time employed in tropical waters during the term of this Charter, vessel is to be docked at a~~
136 ~~convenient place, bottom cleaned and painted whenever Charterers and Captain think necessary, at least once in every six months reckoning from~~
137 ~~time of last painting, and payment of the hire to be suspended until she is again in proper state for the service.~~

138 ....................................................................................................................................................................................................................................
139 ....................................................................................................................................................................................................................................
140 ~~22. Owners shall maintain the gear of the ship as fitted, providing gear (for all derricks) capable of handling lifts up to three tons, also~~
141 ~~providing ropes, falls, slings and blocks. If vessel is fitted with derricks capable of handling heavier lifts, Owners are to provide necessary gear for~~
142 ~~same, otherwise equipment and gear for heavier lifts shall be for Charterers' account.~~ Owners also to provide on the vessel *sufficient lights as on board*
142 ~~Lanterns and oil~~ for
143 night work, *free of expense to Charterers,* ~~and vessel to give use of electric light when so fitted, but any additional lights over those on board to be at~~
143 ~~Charterers' expense.~~ The
144 Charterers to have the use of any gear on board the vessel. *Owners guarantee that vessel is suitable for grab discharge as far as a vessel of*
144 *her description as been given to Charterers can be.*
145 23. Vessel to work night and day, if required by Charterers, and *permissible by port authorities* ~~all winches to be at Charterers' disposal during~~
145 ~~loading and discharging;~~
146 ~~steamer to provide one winchman per hatch to work winches day and night, as required, Charterers agreeing to pay officers, engineers, winchmen,~~
147 ~~deck hands and donkeymen for overtime work done in accordance with the working hours and rates stated in the ship's articles. If the rules of the~~
148 ~~port, or labor unions, prevent crew from driving winches, shore Winchmen to be paid by Charterers. In the event of a disabled winch or winches, or~~
149 ~~insufficient power to operate winches, Owners to pay for shore engine, or engines, in lieu thereof, if required, and pay any loss of time occasioned~~
150 ~~thereby;~~
151 24. ~~It is also mutually agreed that this Charter is subject to all the terms and provisions of and all the exemptions from liability contained~~
152 ~~in the Act of Congress of the United States approved on the 13th day of February, 1893, and entitled "An Act relating to Navigation of Vessels;~~
153 ~~etc.," in respect of all cargo shipped under this charter to or from the United States of America. It is further subject to the following clauses, both~~
154 ~~of which are to be included in all bills of lading issued hereunder:~~
155 ~~U. S. A. Clause Paramount~~
156 ~~This bill of lading shall have effect subject to the provisions of the Carriage of Goods by Sea Act of the United States, approved April~~
157 ~~16, 1936, which shall be deemed to be incorporated herein, and nothing herein contained shall be deemed a surrender by the carrier of~~
158 ~~any of its rights or immunities or an increase of any of its responsibilities or liabilities under said Act. If any term of this bill of lading~~
159 ~~be repugnant to said Act to any extent, such term shall be void to that extent, but no further.~~
160 ~~Both to Blame Collision Clause~~
161 ~~If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the~~
162 ~~Master, mariner, pilot or the servants of the Carrier in the navigation or in the management of the ship, the owners of the goods carried~~
163 ~~hereunder will indemnify the Carrier against all loss or liability to the other or non carrying ship or her owners in so far as such loss~~
164 ~~or liability represents loss of, or damage to, or any claim whatsoever of the owners of said goods paid or payable by the other or non~~
165 ~~carrying ship or her owners to the owners of said goods and set off, recouped or recovered by the other or non carrying ship or her~~
166 ~~owners as part of their claim against the carrying ship or carrier.~~
167 25. ~~The vessel shall not be required to enter any ice bound port, or any port where lights or light ships have been or are about to be with~~
168 ~~drawn by reason of ice, or where there is risk that in the ordinary course of things the vessel will not be able on account of ice to safely enter the~~
169 ~~port or to get out after having completed loading or discharging.~~ *(See Clause 77)*
170 26. Nothing herein stated is to be construed as a demise of the Time Charterers. The owners to remain responsible for the
171 navigation of the vessel, *acts of tugboats and licensed pilots,* insurance, crew, and all other matters, same as when trading for their own account.
172 27. Commission of 1.25% ~~2½~~ per cent is payable by the Vessel and Owners to ...............................................*Falcon Enterprises Inc.*
173 ....................................................................................................................................................................................................................................
174 on hire earned and paid under this Charter, and also upon any continuation or extension of this Charter.
175 28. An address commission of 3.75% per cent payable to *Charterers* ...........................................................on the hire earned and paid under this Charter.
175 *Clauses 29 through to 118 are to be fully incorporated within the terms of this Charter Party.*
175

**THE OWNERS**                                  **THE CHARTERER**

...........................................................                    ...........................................................

This Charter Party is a computer generated copy of the NYPE (Revised 3rd October, 1946) form printed under licence from the Association of Ship Brokers & Agents (U.S.A), Inc., using software which is the copyright of Strategic Software Limited.

It is a precise copy of the original document which can be modified, amended or added to only by the striking out of original characters, or the insertion of new characters, such characters being clearly highlighted by underlining or use of colour or use of a larger font and marked as having been made by the licensee or end user as appropriate and not by the author.

PROFORMA

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

**29** **Description Clause**

**M/V SALAMINIA EX MAINE**

Vessels Name:     SALAMINIA

Former Names:    MAINE ex LAKE MAINE

Type of vessel:    Bulk Carrier

Flag:      Bahamas

Vessels Call Sign:  C6WU7

IMO No       : 9233399

Port of registry and registry no.:  Nassau - 8001465 Shipyard/year and month the vessel was built:

IMABARI MARUGAME, SHIPBUILDING  04 / 2001 LOA (mtrs):  189.94 Beam (mtrs): 32.
26

Depth moulded (mtrs):      17.30

International GRT/NRT:     29,963 / 18,486

Suez Canal GRT/NRT:      31,015 / 28,662

Panama Canal GRT/NRT:      - / 24,869

Summer Dwat (mts) on max. Summer draft (mtrs): 53,531 / 12.30mtrs

Winter Dwat (mts) on max. Winter draft (mtrs):    52,117 / 12.04mtrs

Summer TPC  :    55.3

Winter TPC  :    55.20

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

Bale / Grain (cubic breakdown of all compartments in cbm):

| Compartment | Frame | m3 | |
|---|---|---|---|
| | | Grain | Bale |
| NO. 1 Cargo Hold | 169-203 | 13160.5 | 12383.9 |
| NO. 2 Cargo Hold | 135-169 | 14074.8 | 13550.1 |
| NO. 3 Cargo Hold | 101-135 | 14094.9 | 13570.2 |
| NO. 4 Cargo Hold | 67-101 | 14147.2 | 13622.5 |
| NO. 5 Cargo Hold | 33-67 | 13450.0 | 12925.3 |
| TOTAL | | 68927.4 | 66052.0 |


Hatch Dimensions

Nos. 1 to 5: 21.12 M X 17.60 M

Holds Tank Top Dimensions

No. 1: 27.7 M X 8.0/23.6 M

No. 2: 27.9 M X 24.0 M

No. 3: 27.9 M X 24.0 M

No. 4: 27.9 M X 24.0 M

No. 5: 28.6 M X 24.8 M/ 8.0 M

Tanktop Strength

No. 1:  21.43 t/m2

No. 2:  18.00 t/m2

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

No. 3: 23.50 t/m2

No. 4: 18.00 t/m2

No. 5: 21.00 t/m2

Main Deck / Strength: 2.5 MT/ SQ.M

Type of Hatch Covers:     End folding type weather-tight steel cover

Hatch Covers Strength:    No. 1 = 2.08 MT / M2

        Nos. 2/3/4/5 = 1.75 MT/M2

Number/Capacity and type of Cranes:

30.5MT x 4 sets of Electro-Hydraulic drive, single deck crane


- Hoisting speed at full work load 18.5M/min - half work load 37M/min - no work
load 63M/min


- Slewing speed at full work load 0.6RPM- half work load 0.6RPM- no work load
0
.6RPM


- Topping speed at full work load 49sec - half work load 49sec- no work load
49sec Maximum Outreach : 10.10MTRS ? Full Loaded : 8.0 mtrs

Location of Cranes :     No.1 crane : between hatch no.1 + 2

        No.2 crane : between hatch no.2 + 3

        No.3 crane : between hatch no.3 + 4

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

No.4 crane : between hatch no.4 + 5

Distance from waterline to top of hatch coaming:

aa) in heavy ballast condition: H1) 14.7M H2) 12.12M H3) 12.01M H4) 11.88M

H5) 11.75M

bb) in light ballast condition:     H1) 16.67M H2) 14.59M H3) 14.30M H4)

14.01M          H5) 13.72M

Distance from waterline to highest point

aa) in heavy ballast condition:    37.00M

bb) in light ballast condition:    39.90M

cc) in laden condition:        33.52M

Distance from tanktop to underside of closed hatch covers:

H1) 19.50M H2) 17.70M H3) 17.70M H4) 17.70M H5) 17.70M

Distance from tanktop to underside weatherdeck:

H1) 18.60M H2) 15.80M H3) 15.80M H4) 15.80M H5) 15.80M

Distance from top of hopper to underside weatherdeck:    11.70M

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

Distance from top of hopper to bottom of wing tanks:   6.90M

Distance from ship's rail to inside of hatch coaming:   7.40M

Distance from deck to underside of crane pedestal:

H1) 10.00M H2) 9.50M H3) 9.50M H4) 9.50M


Distance from deck to top of hatch cover:

H1) 3.40M H2) 2.80M H3) 2.80M H4) 2.80M H5) 2.80M


Vessels full tank capacity:

IFO       : 2149.39 M3

MDO      : 167.60 M3

Fresh water   : 408.04 M/T


Constants excluding freshwater:  about 450 M/T

Freshwater evaporator:    YES / Daily production in mts: about 14 M/T per day

under navigation

Vessel's holds are free of obstractions : YES

Vessel is suitable for grab discharge   : YES

Grabs on board and Capacity:    YES,      4units x 12cbm / Electro / Hydraulic

type.

The vessel is grain fitted:  YES

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

Is the vessel CO2 fitted:    NO

Suez / Pamana Canal fitted : YES

Hold ventilation:        Natural

Ice class/strengthened:    NO

Australian hold ladders :   YES

ITF fitted :       YES


CONSUMPTIONS

At sea:

Laden abt IFO 31.5 MT / abt 14.0 Knts + IFO 2.0MT for d/g Ballast abt IFO 31.0 MT / abt 14.0 Knts + IFO 2.0MT for d/g Plus (+) about 0.2mt diesel oil / MDO


Port Consumption:

Gear working IFO 3.5mt

Idle (one gen) no gear working IFO 2.0mt Boiler in port IFO 1.0 ? 1.5 mt per day


The speed of this vessel is always to be considered as average speed in fully laden condition and good weather conditions which are defined as no adverse current, no negative influence of swell, moderate sea, wind no exceeding BF 4 A/O DOUGLAS SEA STATE 3.

**PROFORMA**
## RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
## INTERNATIONAL CO. S.A
## CHARTER PARTY DATED 27TH JULY 2012

Bunkers specifications to be in accordance with

IFO 380 CST RMG380 ISO 8217 2005
MDO    : DMB ISO 8217 2005

No mixing of different IFO supplies.

Vessel consumes MDO for Gens and Main Engine in confined/ narrow
waters-channels, canals, when sailing in bad weather/rough sea or below 10
Knots, entering leaving ports and in general restricted to navigation/
maneuvering area with or without pilots, to master?s discretion, as well as,
for starting and stopping generators and boiler.

H+M Value     44.750.000 USD

H+M Insurer     Miller Insurance Services Ltd (Broker) Allianz Leading

Underwriter

Vessels classification society: CLASS NKK

P+I Club:  GARD AS

Owners    : Salaminia Shipping Inc.
Managers : Petrofin Shipmanagement Inc. — No Disponent Owners only Head Owners

All details / Information given in good faith about 'and to apply throughout
the charter'

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27ᵀᴴ JULY 2012**

**30.   War Risk Insurance and Bonus**
Basic war risk insurance premium for worldwide trading shall be for Owners' account. Additional premiums for Hull and Machinery and Officers/Crew, extra war bonus and loss of hire kidnap and randsom, detention, blocking and trapping insurance due to the vessel's trading to the restricted area shall be for Charterers' account, and will be paid immediately to the Owners upon presentation of relevant fax copies of vouchers ex Owners.

**31.   Boycott**
In the event of the vessel being subjected to boycott, being delayed or rendered inoperative by strikes, labour stoppages or any other difficulties directly arising from changes to vessel's flag, registry, Ownership, crew or terms of employment of crew of chartered vessel or any other vessel under same Ownership, operation and control, or by reason of the vessel's construction and/or her fittings and/or her other equipment, or by reason of trading of other vessels under the same Ownership, management, operation or control such actual time lost is to be considered as off-hire and any direct related (up to maximum first shift) expenses incurred thereby shall be for Owners' account.

In the event the vessel being delayed or inoperative or arrested during the currency of this Charter Party at the suit of any party having or purporting to have a claim against or any interest due to action against Charterers or sub-Charterers or their agents or the contractors or the cargo shippers or consignees, then hire is payable and Charterers undertake the responsibility to release the vessel by taking immediate appropriate and required measures (issuance of security/etc) as the case maybe or arise.

**32.   Grace Period**
Where there is any failure to make "punctual and regular payment" of hire (part or whole), and /or amounts due to the owners of whatsoever nature under this C/P, and/or unauthorized deductions of whatsoever nature under this C/P, the Charterers shall be given by the Owners three banking days written notice (day of notice included) to rectify the failure, and when so rectified within those three days following Owners' notice, the payment shall stand as a regular and punctual and the Owners will not withdraw the vessel but will be at liberty, during the grace period, and thereafter failing payment of hire in full, to suspend the vessel from the service of the Charterers pursuant to clause 5.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

Failure of Charterers to comply with the above grace period will constitute a repudiatory breach of the C/P.

At any time after the expiry of the Grace Period provided here above and while hire is outstanding, the Owners shall, without prejudice to the liberty to withdraw, be entitled to withhold the performance of any and all of their obligations hereunder and shall have no responsibility whatsoever for any consequences thereof, in respect of which the Charterers hereby indemnify the Owners, and hire shall continue to accrue and any extra expenses resulting from such withholding shall be for Charterers' account.

The Charterers shall indemnify the owners in respect of any liabilities incurred by the owners under the bill of lading or any other contract of carriage as a consequence of the Owners' suspension of and / or withdrawal from any or all of their obligations under this charter party.

**33.   Sanitation Exception Certificate**
The vessel shall be delivered with valid Sanitation Exemption Certificate. If such certificate does not cover the whole period of this Charter, costs of renewal of certificate and fumigation if necessary shall be for Owners' account. Any detention if any and direct related up to maximum one/1ST shift expenses incurred thereby shall be also for the Owners' account.

**34.   Quarantine/Radio Pratique**
Normal quarantine time and expenses for the vessel's entering port and due to cargo shall be for Charterers' account, but any time of detention and expenses for quarantine due to pestilence, illness and etc., of Master, Officers and Crew shall be for Owners' account, unless such illness is caused by an infections disease from ports traded under this Charter which should be reasonably proved by Owners and which shall not unreasonably be rejected by Charterers.

Further, the vessel shall be in possession of valid certificate necessary to prepare radio pratique at port or ports where radio pratique is available.

**35.   Health Certificate**
The vessel shall be in possession of necessary certificates to comply with safety and health regulations and all current requirements at all ports of call during this Charter. The Master, Officers and Crew of the vessel hold vaccination certificates against yellow fever, smallpox, cholera, etc.

PROFORMA
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012**

---

## 36.   Equipment

The vessel's equipment shall comply with the normal port regulations and/or requirements in effect at port of call and canals and countries in which the vessel will be employed. The Owners also guarantee that the vessel shall be at all times in possession of valid and up-to-date certificate on board to comply with current regulations and/or requirements.

If stevedores, longshoremen or other laborers are not permitted to work by reason of any failure of the Master, the Owners and/or their agents to comply with such regulations or by reason that the vessel is not in possession of such valid and up-to-date certificates, then the Owners shall make immediate corrective measures. The Charterers may suspend hire for time actual lost thereby and any direct related up to maximum first shift ( if any ) expenses including stevedores stand-by time shall be for Owners' account.

Charterers shall endeavor to inform Owners of any change from current regulations and local requirements at least one port before arrival to such place.

## 37.   Stevedore Damage

Stevedores to be appointed, paid and be under the responsibility of by the Charterers but to work under the supervision of the Master if possible. Should any damage be caused to the vessel or her fittings by the stevedores, Charterers undertake to repair such damages in Charterers' time and cost. If docking is needed for such repairs, Charterers to pay for repair costs with relevant vouchers relating to such stevedore damages. The Master has to try to let stevedores repair such damage providing it can be done safely and try to settle the matter directly with them if possible.  If stevedores' repairs are temporary repairs, then permanent repairs should be completed by Charterers at the next Owners convenient time in which case Charterers shall pay actual cost of repair and also such repair time excluding other repairs which are not stevedores' damages.

The Charterers shall be responsible for any damage caused by stevedores to the vessel, provided the Master notifies the Charterers or their agents of such damage immediately within 24 hours from the discovery of such damage, except hidden damage which to be notified to the Charterers not later than completion of discharge in the relevant voyage provided time permitting otherwise hidden damage to be notified not later than the time of redelivery. Master to endeavor to obtain written acknowledgement if same feasible of the damage and liability from stevedores or other persons concerned. The Charterers shall have the liberty to redeliver the vessel without repairing the damages for which the Charterers are responsible, as long as the same do not affect the vessel's seaworthiness and class, but the Charterers undertake to reimburse costs of repair against the production of repair bills by repairers or dockyard unless otherwise agreed.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

Damage affecting vessel's seaworthiness, class and/or trading capabilities to be repaired by Charterers at their expense and time prior to vessel's departure / redelivery, always in line with class recommendations while vessel will remain on hire.

## 38.   P and I Club
The Owners guarantee that the vessel shall be fully covered by P & I Club: GARD AS or equivalent P & I of I.G.
The Charterers have the benefit of the Owners' cover granted by the P & I Club as far as the rules permit.
Owners/vessel to maintain same P & I Club in next year's coverage or to be covered by a full first class P & I Club who is a member of the International Group of P & I Clubs for the duration of the Charter Party.
Charterers' P and I Club  :

## 39.   NYPE Interclub Agreement
Liabilities for cargo claim shall be borne by the Owners and the Charterers in accordance with NYPE Interclub Agreement of September 2011, and any other amendment thereto.

## 40.   Owners' Agent
The Charterers' agent at various ports of call will attend routine Owners' matters as long as it does not cause the Charterers extra expense from the agents' attendance.

However, the Owners shall appoint the Owners' agents to attend all Owners matters such as delivery, redelivery, general average, dry-docking, hospitalization and/or repatriation of crew, repair, supply of the vessel's stores and provisions, etc. If the Owners are unable to arrange their agents, the Charterers will agree that the Owners appoint the Charterers' agents as the Owners' agents with paying actual expenses and agency fee according to the Charterers' agents' tariff.

## 41.   Deductions
Deduction of any amount from hire or any other amounts due to owners, under this charter are only permitted subject to mutual agreement of charterers and owners.
Charterers may deduct only value of bunkers from last hire payment(s) as well as owners' share on /off hire surveys. No other deductions whatsoever, on account of owners disbursements or disputed off hire/s and / or underperformance / over consumptions claims are permitted during the currency of this charter, unless agreed by Owners.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 42.   Joint On/Off-Hire Survey

Joint on-/off-hire survey to be carried out at delivery port or first load port and redelivery port to ascertain the vessel's condition and bunker quantity remaining on board on delivery/redelivery by one independent surveyor acceptable to the both parties. Costs for on hire and off hire surveys to be equally shared between both Owners and Charterers. The vessel is to remain on hire during the on/off-hire survey.

## 43.   Eligibility for Bunkering

Vessel is eligible for bunkering in USA and CANADA .

## 44. Pad-Eyes Clause

The Charterers, subject to Owners' and / or Master' prior consent, which not to be unreasonably withheld, shall be at liberty to weld pad eyes for securing cargo in holds well off fuel tank barriers. The Charterers shall remove such fitting to the Master's satisfaction and will restore all damages of tanks internal coatings to original standards. The welding and removal of pad-eyes to be done at Charterers' time, risk and expense. Charterers have the option not to remove pad-eyes against payment to Owners of US$20 (twenty USD) per pad-eye.

## 45.   Oil Pollution

Owners at their expense to carry on board the vessel (when appropriate) a U.S. certificate of financial certificate responsibility. Owners also to carry on board relative certificates for other countries /federal states or municipal or other division or authority thereof always within the trading limits of this charter party (when appropriate). All such certificates to be valid and this obligation to be for the whole time charter period .

The Charterers shall not be liable for any damages as a result of the owners failure to provide the aforementioned certificates .Time lost by non compliance to be considered as off – hire and maybe deducted from hire.

## 46.   Deviation/Put Back

In the event of actual loss of time either in port or at sea, deviation from the course of the voyage or putting back whilst on voyage, by reason of breakdown of machinery, collision, stranding, fire or any other accident or damage to the vessel, or drydocking or periodical survey, or sickness or accident to the Master, Officers, Crew or any person on board the vessel other than persons traveling by the Charterers' request or by reason of sending stowaway or refugee, salvage including saving life, or by reason of the refusal of the Master, Officers or Crew to do their duties, or any Owners' matters, the hire shall be suspended from the time of the vessel's inefficiency in port or at sea until the time when the vessel is again efficient in the same position or an equivalent point of progress to the place where the vessel being inefficient as above. Any direct related expenses,

PROFORMA
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012**

only in proven relation with incident caused and up to maximum first shift or present shift as the case may be, incurred including bunkers consumed during such period of suspension shall be for Owners' account.

In case of important main operational matters dealing with the maintenance or safety of the vessel and provided vessel will always be en route of the suggested sea way navigation/port involved at the relevant time by Charterers, Owners to have the right to arrange supply from/at such port/place, with minimum possible deviation, provided Charterers shall be notified and all relevant off-hire/bunker costs shall be for Owners' account.

### 47.   Capture Seizure, Arrest

Should the vessel be captured or seized or detained or arrested by any authority or by any legal process during the currency of this Charter Party, the payment of hire shall be suspended until the time of her release, unless such capture or seizure or detention or arrest is occasioned by any personal act or omission or default of the Charterers or their agents/representatives or the cargo so carried. Any direct related up to first shift expenses incurred by and/or during the above capture or seizure or detention or arrest shall be for Owners' account. Any direct related expenses up to maximum first shift or present shift as the case may be. In case such vessel will stay off hire more than 25days Charterers have the right to cancel this Charter Party.

Should the vessel be arrested during the currency of this Charter Party at the suit of any party having or purporting to have a claim against or any interest in the vessel and such arrest is due to action against Charterers or sub-charterers or their agents or the contractors or the cargo shippers or consignees, thence hire is payable and Charterers undertake the responsibility to release the vessel by taking immediate appropriate and required measures (issuance of security etc) as the case may be or arise.

### 48.   Smuggling

Any delay, expenses and/or fine incurred on account of smuggling shall be for Owners' account if caused by the Officers and/or Crew, or shall be for Charterers' account if caused by the Charterers' supercargo and/or their staff or agents/representatives/supplier.

### 49.   Hold Condition on Redelivery

Charterers option to redeliver vessel with unclean holds against payment of USD 6,000 lumpsum after any other cargo in lieu of hold cleaning excluding removal/disposal of dunnage/debris/lashing materials, whatsoever, which to be for Charterers' responsibility/expenses.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

Normal Intermediate hold cleaning USD 600 per hold for all cargoes/ USD500 per hold after grains.

## 50.  Gangway Watchman and Regular Boat Service

Gangway watchman ordered by Master on vessel and regular boat services for Crew is for the Owners' account. Watchmen on cargo or as required by the Port Authority to be for Charterers' account.

## 51.  Preparation for Loading Discharging

The vessel's Officers and Crew shall perform shaping up of the vessel's hatches and gangway prior to and upon arrival at a port, in order to commence loading and/or discharging operation without delay.

Opening and closing of all hatch covers shall be performed by the Officers and Crew in addition to usual operations performed by them, with free costs to the Charterers and unless prohibited by port regulations.

Charterers to be responsible for the disposal of any materials at the end of voyages.

## 52.  BIMCO Himalaya Clause

(a) It is hereby expressly agreed that no servant, agent, direct or indirect subcontractor or other party employed by or on behalf of the Carrier, or whose services or equipment have been used in order to perform this contract (such persons so employed, or whose services or equipment have been used, hereinafter termed "Servant") shall in any circumstances whatsoever be under any liability whatsoever to the shipper, consignee, receiver or other party to this contract (hereinafter termed "Merchant") for any loss, damage or delay of whatsoever kind arising or resulting directly or indirectly from any act, neglect or default on the Servant's part while acting in the course of or in connection with the performance of this contract.

(b) Without prejudice to the generality of the foregoing provisions in this clause, every exemption, limitation, condition and liberty contained herein (other than Art III Rule 8 of the Hague/Hague- Visby Rules if incorporated herein) and every right, exemption from liability, defence and immunity of whatsoever nature applicable to the Carrier or to which the Carrier is entitled hereunder including the right to enforce any jurisdiction or arbitration provision contained herein shall also be available
and shall extend to every such Servant , who shall be entitled to enforce the same against the Merchant.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

(c) (i) The Merchant undertakes that no claim or allegation whether arising in contract, bailment, tort or otherwise shall be made against any Servant which imposes or attempts to impose upon any of them or any vessel owned or chartered by any of them any liability whatsoever in connection with this contract whether or not arising out of negligence on the part of such Servant. The Servant shall also be entitled to enforce the foregoing covenant against the Merchant; and

(ii) The Merchant undertakes that if any such claim or allegation should nevertheless be made, he will indemnify the Carrier against all consequences thereof.

(d) For the purpose of sub-paragraphs (a)-(d) of this clause the Carrier is or shall be deemed to be acting as agent or trustee on behalf of and for the benefit of the Servant who shall to this extent be or be deemed to be a party to this contract.

### 53.   Protective Clause ( see also additional clause at the end of cp )
All Bills of Lading under Charter Party shall contain the following clauses:

"*Clause Paramount, General Average clause, New Jason clause, CONWARTIME 2004, Both To Blame Collision Clause, P+I bunkering clause.*"

No Liner or Through or Waybill or Combine or Transporting Bill(s) or seaway bills of Lading to be issued and never to incorporate demise clause.

### 54.   War Cancellation
If major war which affects performance of this Charter breaks out between any two or more of the following countries: United Kingdom, U.S.A., Russia/Ukraine but not between each other, The People's Republic of China,  Japan, Australia, Indonesia, north Korea, south Korea, directly affecting the performance of this Charter, both the Owners and the Charterers shall have the option of canceling this Charter whereupon the Charterers shall redeliver the vessel to the Owners, if she has cargo on board after discharge thereof at destination, or, if debarred from reaching or entering it, at a near open and safe port as directed by the Charterers, or if she has no cargo on board, at a port at which she stays or if at sea at a near and safe port as directed by the Charterers.
In all cases hire shall be paid until the vessel's redelivery.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 55. Sale Clause

Owners' option to sell the vessel during the currency of this charter to new owners, subject to Charterers approval which is not to be unreasonably withheld.

Notwithstanding the foregoing, Charterers approval shall be in any way conditional upon each of Owners, Charterers and new buyers entering into written novation agreement in a form usually used in shipping and reasonable acceptable to Charterers prior to any sale of the vessel been completed. New buyers, are to agree in writing, inter alia, maintain class, certification, ITF, insurance cover to current ship owner standards and to comply with the terms and conditions of the governing charter party terms.

## 56. Bill of Lading Signature

Master to authorize Charterers/their agents to sign and release Bills of Lading provided same in strict conformity with Mate's Receipts and provided no Through, Liner, Transshipment or Combined Transport Bills of Lading or Waybills or seaway are to be issued under this Charter Party. Prior of issuing and releasing any bills charterers / their agents have to send copy to owners for their written approval.

Bill of ladings have always to be in strict conformity with mate receipts.

## 57. Bunkers on Delivery / Redelivery

Bunkers on delivery about 850 /900 mts High Sulphur fuel / about 70mts Low Sulphur fuel and about 55/60mts high Sulphur diesel and about 15 mts low Sulphur diesel .

Low Sulphur IFO and Diesel as on board on redelivery as on board,

High Sulphur IFO and MDO on redelivery about same quantities as actually on delivery .

Charterers to pay value of bunkers on delivery together with first hire within 3 banking days after delivery.

Chartereres have the liberty to deduct the estimated value of redelivery bunkers from last hire payment and if last hire payment is insufficient, then from penultimate hire payment, but only to the extent necessary to enable final hire payment to be sufficient.

Prices both ends

Prices High Sulphur fuel : USD720 pmt
         Low Sulphur fuel : USD750 pmt

         High Sulphur diesel : USD1010 pmt
         Low Sulphur diesel : USD1060 pmt

PROFORMA
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012**

Owners right to bunker vessel for their own account at loading/discharging or Charterers bunkering port or other ports of call during this period Time Charter provided will not interfere with Charterers loading/discharging operations and vessels DWCC.

## 58.   EU Advance Cargo Declaration Clause for Time Charter Parties

(a) If the Vessel loads cargo in any EU port or place destined for a port or place outside the EU or loads cargo outside the EU destined for an EU port or place, or passing through EU ports or places in transit, the Charterers shall comply with the current EU Advance Cargo Declaration Regulations (the Security Amendment to the Community Customs Code, Regulations 648/2005; 1875/2006; and 312/2009) or any subsequent amendments thereto and shall undertake the role of carrier for the purposes of such regulations and in their own name, time and expense shall:

(i) Have in place an EORI number (Economic Operator Registration and Identification);

(ii) Provide the Owners with a timely confirmation of (i) above as appropriate; and

(iii) Submit an ENS (Entry Summary Declaration) cargo declaration electronically to the EU Member States Customs and provide the Owners at the same time with a copy thereof.

(b) The Charterers assume liability for and shall indemnify, defend and hold harmless the Owners against any loss and/or damage whatsoever (including consequential loss and/or damage) and/or any expenses, fines, penalties and all other claims of whatsoever nature, including but not limited to legal costs, arising from the Charterers failure to comply with any of the provisions of sub-clause (a). Should such failure result in any delay then, notwithstanding any provision in this Charter Party to the contrary, the Vessel shall remain on hire.

(c) The assumption of the role of carrier by the Charterers pursuant to this Clause and for the purpose of the EU Advance Cargo Declaration Regulations shall be without prejudice to the identity of carrier under any bill of lading, other contract, law or regulation.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 59.   Superficial Inspection
The Charterers and / or their supercargo(es) shall have free and unlimited access to the vessel including   bridge, holds, engine room, all vessels tanks, including bunker, lubricating oil, sludge, ballast water, fresh water tanks during period. Whenever required, the master will bring the vessel to an even trim to ensure correct bunker soundings provided same possible at present location of vessel. The Charterers and/or their supercargoes and or surveyors to have free sight to the vessels deck and engine log books, radio logs, tank plans, calibration scales and / or others plans as requested by the vessel officers/ master/ chief engineer and are allowed to receive from the Owners after their request copies from them of the original log books on board.

## 60.   Grab Discharge
The vessel shall be suitable for grab discharge as far a vessel of her type and description as been given and approved by Charterers can be. The Charterers shall have the liberty to use bulldozers only with rubber wheels in the vessel's holds always subject to tank top strengths.

Cranemen always to be for Charterers account and at their own risk.

## 61.   WWF Requirement
In the event of loss of time, delay or impossibility of or restrictions on the full working of the vessel resulting from any action that may be taken against the ship by third parties on grounds due to or connected with the terms and conditions upon which the crew of the ship are engaged and employed by the Owners, the Owners are to remain responsible for above mentioned actual loss of time, actual delay or impossibility of or restrictions on working and any time lost consequent upon the above mentioned action by third parties shall be considered as off-hire and to be deducted from hire.

## 62.   Hatch Water — Proof Test
The Charterers have the privilege of ordering hatch water-proof test (hose test or chalk test) prior to the delivery of the vessel and from time to time during this Charter but always prior loading. Time and costs of survey to be for Charterers' account but the Master to give every facility to the Charterers and their surveyor to carry out such test. (See also Clause 96.)

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

**63.   Return Premium**

The Charterers shall have the benefit or any return insurance premium receivable by the Owners from their underwriters as and when received from the underwriters by reason of the vessel being in port for a minimum continuous period of thirty (30) days, receivable amount shall be based on days or pro rata actually on hire for such period.

**64.   Financial Security in Respect of Pollution**

1. Owners warrant that throughout the currency of this charter they will provide the vessel with following certificates:

   (a) If the vessel is over 1,000 gross tons and is registered in, or is required to enter a port or offshore facility in the territorial sea of, a State Party to the International Convention on Civil Liability for Bunker Oil Pollution Damage 2001, a Certificate issued pursuant to Article 7 of the Convention.

   (b) If the vessel is constructed or adapted for the carriage of persistent oil in bulk as cargo and is carrying more than 2,000 tons of such cargo, a Certificate issued pursuant to Article 7 of the International Convention on Civil Liability for Oil Pollution Damage, 1992, as applicable.

   (c) If the vessel is over 300 gross tons (or as might otherwise be required by US Federal Statutes and Regulations) and is required to enter US navigable waters or any port or place in the US, a Certificate issued pursuant to Section 1016 (a) of the Oil Pollution Act 1990, and Section 108 (a) of the Comprehensive Environmental Response, Compensation and Liability Act 1980, as amended, in accordance with US Coast Guard Regulations, 33 CFR Part 138.

2. Notwithstanding anything whether printed or typed herein to the contrary,

   (a) Save as required for compliance with paragraph (1) hereof, owners shall not be required to establish or maintain financial security in respect of oil or other pollution damage to enable the vessel lawfully to enter, remain in or leave any port, place, territorial or contiguous waters of any country, sate or territory in performance of this charter.

   (b) Charterers shall indemnify owners and hold them harmless in respect of any loss, damage, liability or expense (including but not limited to the costs of any delay incurred by the vessel as a result of any failure by the charterers promptly to give alternative voyage orders) which owners may sustain due to non-compliance with any demand or requirement to establish or maintain financial security in order to enter, remain in or leave any port, place or waters, other than to the extent provided in paragraph (1) hereof.

   (c) Without prejudice to paragraphs 2(a) and 2(b), if owners establish or maintain financial security other than to the extent provided in paragraph (1) hereof ( in

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

order to enable the vessel lawfully to enter, remain in or leave any port, place or waters), charterers shall, unless otherwise expressly agreed, indemnify owners and hold them harmless in respect of any costs or delay incurred in establishing or maintaining such security.

(d) Owners shall not be liable for any loss, damage, liability or expense whatsoever and howsoever arising which charterers and/or the holders of any bill of lading issued pursuant to the charter may sustain by reason of any requirement to establish or maintain financial security in order to enter, remain in or leave any port, place or waters, other than to the extent provided in paragraph(1) hereof.

3. Charterers warrant that the terms of this clause will be incorporated effectively into any bill of lading issued pursuant to this charter.

**65. <u>Requisition</u>**
Should the vessel be requisitioned for a period of more than 30 days by the government of the vessel's flag during the period of the Charter, the vessel shall be deemed to be off-hire during the period of such requisition, and any hire paid by the said government in respect of such requisition period shall be retained by the Owners. However, the Charterers shall have the option to cancel the balance period of this Charter.

**66. <u>Off-Hire for Over 30 Consecutive Days</u>**
Should the vessel be placed off-hire more than thirty (30) consecutive days (drydocking / special and Intermediate surveys excluded), the Charterers have the right to cancel the balance period of this Charter, provided no cargo on board , by giving notice to the Owners without prejudice to any other right the Charterers may have under this Charter. If Charterers decide to cancel any/all overpaid hire/funds to be returned by owners to charterers within 2 banking days after charterers' cancellation.

**67. <u>Amount for Cable / Entertainment / Victualling</u>**
Charterers to pay Owners USD1,700 per month pro rata.

**68. <u>Cargo Exclusions</u>**
The following cargoes are excluded from carriage:
All dangerous, hazardous, injurious, inflammable cargoes or goods as listed in the latest IMO _ IMDG Code   consolidated and any subsequent new edition thereof of amendments thereto, arms, ammunitions, acids, asphalt and / or its products, aluminium nitrate, aluminium ferrosilicon, aluminum dross (however, aluminium products and bulk alumina allowed ), ammonium nitrate, ammonia chloride, animals of any kind, asbestos, bitumen, art objects or curios antiques, black powder, blasting caps, bulk pyrites, bones, bone meal, borax, bullion, boycott cargoes,calcium carbite, calcium hypoclorite, calcium oxychoride, carbite, castor beans,caustic soda, car vehicles,

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

cement, clinker, chilean nitrates, clinker crashed glass, cocoa, coffee, concentrates, cotton, cotton waste, cottonseed expellers ( but cotton seed allowed ), containers, corpa and / or its products, creosoted goods, direct reduced iron detonator, drugs, dynamite, esparto grass, essential oil, furnace slags ferros! ilicon, fishmeal, fire arms, gasoline, glass items, graniteblocks or any other stone blocks but cobble stones allowed, hides, HBI ( Hot Bricketted Iron ), hypochlorite solutions, iron swarf, iron oxide, jute, livestock, locomotives, loaded bombs, logs, motor spirit, manioc and / or pellets, magnesium nitrate, motor block, naphtha, nefiline syenite, nigerseed, nitrate of soda, nuclear substances or fuels,! oilcakes, oily pieces, organic peroxides, palm kernels, petroleum or its products, petcoke, pesticides, pitch pollard pellers, poultry, prefabricated and mobile homes, quebracho, radioactive materials and waste and radioisotopes, rags, resins, refrigerated cargoes, bagged rice to West African ports, rice bran, salt, saltpeter, any kind of scrap incl hms 1+2, solvents, spices, seedcake, seed-meal, sulphur, sunflower seed expellers and cakes, sponge iron, skins, furs, tar or its products, tea, tobacco, turpentine, turnings, wheat bran, waste paper, yacht, zinc ashes, zinc dross /residues and its products, charcoal, calcium nitrate , lead, lead nitrate, potassium nitrate, precious and rate metals and / or stones, nuclear substances and / or products and / or their waste, bulk milled rice, swarf, toxic products, old paper, pencil pitch.

Silicon manganese SOUTH AFRICAN GRADE APPENDIX C ONLY IS ALLOWED.

POTASSIUM CHLORIDE WHICH SAME AS MURIATE OF POTASH ALLOWED ONLY PROVIDED IT IS APPX C FITTED.

BULK HARMLESS FERTILIZER AGGREGATES ARE ALLOWED BUT MAXIMUM 1 CONSECUTIVE VOYAGES DURING THIS CHARTER PARTY

Pig iron soft landing clause to apply as foll:

Charterers undertake that loading of first layer of pig iron not to be released until touching tanktop and not to be dumped / dropped during loading. First layer of pig iron to be loaded at height and to be evenly stowed / trimmed to satisfaction of Master before loading balance of cargo.

The vessel is suitable for and the Charterers are allowed to carry any kind of grain/ grain products / agricultural products such as meals, cakes, pellets and expellers (excluded seed expellers) in bulk provided loaded in accordance with IMO regulations.

Vessel is not eclectically ventilated and no cargoes allowed where ventilation is recommended or suggested by IMO Code.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

If Charterers require to load steel, then Owners and Charterers to split the cost of steel pre-load survey, which to be conducted by vessel's P & I Club.

Ammonium nitrate fertilizer grade appendix c (non-hazardous) allowed only provided Shippers/Charterers provide vessel before loading with documents as per IMC BC code stating that the cargo is appendix c non hazardous

SPECIAL CARGOES:
-----------------
1.   salt
2.   cement or cement clinker
3.   petcoke
4.   concentrates
5.   scrap shredded only
6.   sulphur appendix c only

Notwithstanding the above mentioned cargo exclusions Charterers are allowed to carry bulk salt, bulk cement / cement clinker, petcoke, concentrates, scrap shredded , on the following conditions:

"Charterers are allowed to carry maximum 3 special cargoes In total during CP period and not more than one cargo of each type of the above 6 mentioned special Cargoes.

"None of the above cargoes to be in sequence or the last cargo.

"All above cargoes will be carried according to the protective sub-clauses stated below.

"All cargoes to be carried according to IMO / MDG Local and International regulations. First cargo on delivery of the vessel need to be clean.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

Protective sub-clauses:

1.  SALT/ SULPHUR APPENDIX C
a) Charterers undertake to use holds as less as possible, provided vessels stability trim and stress permitting.
b) Before loading, all holds assigned for rock salt/ bulk salt to be applied by chemicals "MARICHEM PRELOAD 300" or equivalent by Charterers at their time / expenses / risk to satisfaction of Master. In case such chemicals are not readily available, all holds to be lime washed by Charterers at their time / expenses / risk to satisfaction of Master.
c) Cargo to be loaded / stowed / trimmed / discharged strictly according to latest IMO and or any other latest regulations/ rules applicable to such cargo.
d) All fresh water used for Irrigation onto rock salt during loading / voyage / discharging to be for Charterers account.
e) After discharge, Charterers to supply sufficient fresh water at their expenses for washing down of all holds.
f) Any extra expenses/delays resulting there from/incurred thereby (such as hold cleaning to Masters satisfaction / hold survey etc.) to be for Charterers account.
g) Charterers are allowed to use ships crew to perform lime washing and removal of same and repainting as necessary against paying hold cleaning fee usd 3000 per hold in addition to standard intermediate hold cleaning payment as stated in clause. All the required materials for the lime washing and any extra materials required for cleaning such as chemicals to be supplied by Charterers at their expenses according to Masters instructions, but always subject to prior consent of Master / crew and local regulations permitting and all time so used to be for Charterers account.
The vessel's holds to be cleaned as per above terms to grains' standards prior loading her next cargo, at Master's satisfaction.

2.  CEMENT / CEMENT CLINKER
a) Charterers undertake to use holds as less as possible, provided vessels stability, trim and stress permitting.
b) Prior to loading, Charterers should supply and arrange with shore gang to apply all cargo holds area with relevant Chemical detergents to protect cargo holds surfaces from sticking cement. Product "BEB 8015 SPRAY PREWASH CONC" of Messrs: "STROMME - NORWAY" or Messrs: "METALBRIGHT HD-UNITOR" or equivalent. Crew to assist where possible. Vessel to be loaded through cement holes only. In case of loading via grabs or any other shore means, with open hatches, Charterers prior to loading to provide sufficient chemicals, to be applied all around the Main Deck, cross decks, hatch covers, of the hold(s) to be loaded. Crew to effect such applications of chemicals at $3,500 per loading hatch for the application of chemicals and the cleaning of cargo residues after loading.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

c)   Hold cleaning: Charterers are to wash all holds by fresh water immediately after completion of discharge and thoroughly remove residues and cement dust in holds at Charterers time and expenses to Masters satisfaction. Bilge water not to be pumped through ship's bilge lines. Vessel to use own diaphragmatic pump especially on board for the purpose to pump out cargo holds bilge washings. Crew to perform such cleaning if requested by Charterers and if permitted by local regulations. But Charterers are still to be responsible for the removal of the dirty water after hold cleaning. Vessel to be discharged through cement holes only. In case of discharging via grabs and / or other shore means, with open hatches, Charterers prior to discharging, to provide sufficient chemicals for the crew to arrange the application prior discharging and for the cleaning of cargo residues from the deck and hatch coamings areas after completion of discharge at cost of $ 3.500 per loaded hatch.

d)   Crew to perform cleaning of holds according to the provisions of clause but extra bonus to be usd 3000 per hold besides normal intermediate hold cleaning remuneration. All the required materials for cleaning of holds and any extra materials required for cleaning of holds such as chemicals to be supplied by Charterers at their expenses according to Master's instructions.

e)   The vessel's holds to be cleaned as per above terms to grain standards, prior loading her next cargo at Master's satisfaction.

3.   PETCOKE.

a)   Petroleum coke mentioned herein is only limited to non-hazardous type.

b)   Prior to loading, Charterers should supply and arrange with shore gang to apply all cargo holds area with relevant Chemical detergents to protect cargo holds surfaces from sticking cargo. Product "BEB 8015 SPRAY PREWASH CONC" of Messrs:"STROMME - NORWAY" or Messrs:"AQUATUFF-UNITOR" or equivalent. Crew to assist where possible.

c)   If Charterers exercise such option, Charterers undertake to use holds as less as possible, provided vessel's stability / trim and stress permitting.

d)   Such cargo to be loaded stowed trimmed discharged strictly in accordance to latest IMO and/or any other latest regulations / rules applicable to such cargo.

e)   Should any additional / special wash down of holds before loading be reasonably recommended / proposed / required by Master that is usual for carriage of petcoke, Charterers undertake to arrange the same at their time / expense.

f)   After discharge Charterers to arrange at their expense / time of any additional / special wash down of holds carrying such cargo chemical if Master reasonably considers it necessary.

g)   Any directly related extra expense/delay resulting there from / incurred hereby (such as hold cleaning to Master's satisfaction / hold survey etc.) to be for Charterers' account.

h)   Bonus of usd 3200 lumpsum per hold on top usual int h/c

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

i) The vessel's holds to be cleaned as per above terms to grain standards, prior loading her next cargo at Master's satisfaction.

4.    CONCENTRATES.

a)    Before commencement of loading Charterers / shippers to provide with laboratory analysis / certificate evidencing that both the flow moisture point and transportable moisture limit of such cargo are within the limit as set out by IMO.

b)    Such cargo to be loaded stowed trimmed and discharged strictly according to latest IMO and / or any other latest regulations / rules applicable to such cargo.

c)    After loading Charterers undertake to arrange for special extra trimming and / or leveling of the cargo if determine by Master to his satisfaction at Charterers / shippers expense and time.

d)    Any directly related extra expenses resulting there from / incurred thereby (such as hold cleaning to Master's satisfaction / hold survey etc ) and any detention though any of above causes to be for charters_ account. Charterers / shippers prior to sign of the bills of lading to supply vessel with all required certificates confirming that cargo was loaded and it will be carried according to the provisions of point b. Owners will not be responsible for any delays due to failure of Charterers and / or receivers to supply the required certificates.

e) The vessel's holds to be cleaned as per above terms to grain standards, prior loading her next cargo at Master's satisfaction.

5. SCRAP

Charters have liberty to load scrap hms 1+2 and/or shredded scrap loading to take place always according to Master satisfaction / approval and below protection clause (whether it be full or part cargo), during the entire currency of this charter party as above, on following conditions:

a)    The scrap mentioned herein only limited to hms 1+2 or shredded scrap specifically excluding motor blocks and turnings and also metal borings and cuttings.

b)    Charterers undertake that loading of first layer of scrap not to be released until touching tank top and not to be dumped / dropped during loading. First layer of scrap to be loaded at height and to be evenly stowed / trimmed to satisfaction of Master before loading balance of cargo.

e)    Prior to loading scrap, hold condition survey to be conducted by an independent surveyor appointed jointly by Owners and Charterers and costs split 50 / 50 between Charterers and Owners, and same to be done immediately after completion of discharge.

f)    The vessel's holds to be cleaned as per above terms to grain standards, prior loading her next cargo at Master's satisfaction

None of the above cargoes to be in sequence or the last cargo or the first after drydocking.

- Vessel not able to carry cargoes which require co2 or appendix B of IMO regulations.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

**69.**  Solid bulk cargoes are to be presented for carriage, loaded, (and where necessary trimmed) only so far as lawful and harmless, and always in compliance with all applicable international regulations, including IMSBC Code 2009 (as may be amended from time to time). All time taken in complying with such regulations, or as a result of non-compliance shall be for Charterers sole time and expense and vessel to remain always on hire. Charterers shall be responsible for any and all additional costs, expenses and liabilities whatsoever incurred in such compliance or as a result of any non-compliance. For IMSBC Code Group A cargoes the Charterers are to provide certificate(s) of test from a laboratory which must be approved in advance by Owners at Owners absolute discretion, and such certificate(s) of test must show the Transportable Moisture Limit (TML) and Flow Moisture Point (FMP) and moisture content. Such certificate(s) are to be presented to Owners and Master prior to, and as a condition, of the commencement of loading. The Master shall also have the right in his absolute discretion to refuse to accept cargo on board or, after loading, to refuse to sail, where in his reasonable opinion, there is a risk (including but not limited to the risk of liquefaction of the cargo) which could jeopardise the safety of the crew, the vessel or the cargo on the voyage. The Master shall also have the right in his absolute discretion to demand that such cargo be offloaded from the vessel. Such refusal and/or demand to offload shall not be a breach of charter and Charterers shall be responsible at their sole time and expense and vessel to remain always on hire for all steps required to make the cargo safe and/or to allow the vessel to sail to the satisfaction of the Master. In any event, Charterers are to allow Owners or their representatives to take samples of cargoes prior to, and as a condition, of loading and Owners shall be entitled to test such samples and/or appoint surveyors and/or experts to act on their behalf always at Owner's discretion. Charterers agree to pay and indemnify owners for all costs and consequences incurred as a result of Charterers orders to load solid bulk cargoes and all the time taken up by the steps outlined in this clause shall be for Charterers account and Charterers shall be responsible at their sole time and expense and vessel to remain always on hire. This clause is always without prejudice to the obligations of Charterers to provide a safe cargo and in relation to loading and nothing done or omitted to be done by the Master or Owners pursuant to this clause shall amount to a waiver of any rights of Owners.

**70.**
Time of delivery/redelivery to be based on G.M.T.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

### 71.   Late Arrival of Original Bills of Lading

Owners allow Charterers to discharge/deliver cargo without presentation of original bill(s) of lading provided prior and latest within 48 working hours prior of vessel's arrival at discharge port, Owners will have received for their written confirmation from Charterers fax copies of Letter of Indemnity in strictly accordance with Owners P and I Club form and wording in Charterers company's letter head paper signed and stumped by authorized director of "..........................." jointly with relevant fax copies of the bill(s) of lading refer to.

In case Charterers will not comply with the above all expenses/delays/damages will be solely for Charterers account and vessel will not discharge till everything been in order.

Original Letter of Indemnity have to be send immediately thereafter to Owners offices with courier.

Charterers have to accept Owners Letter of Indemnity P and I wording as presented.

### 72.   Hire

First hire and bunkers on delivery value to be paid latest within 3 banking days after vessel delivery to Charterers, direct to Owners/Managers nominated bank account in USD currency. Hire is payable every 15 days in advance, direct to Owners/Managers nominated bank account in USD currency.

Owners' Bank details:

| | |
|---|---|
| **Account No:** | 000020891547 |
| **IBAN:** | GR5407307020000 000020891547 |
| **Bank:** | Bank of Cyprus |
| **SWIFT:** | BCYPGRAA |
| **Branch:** | Piraeus |
| **Corr. Bank:** | J. P. Morgan Chase Bank |
| **SWIFT:** | CHASUS33 |
| **Beneficiary:** | Salaminia Shipping Inc. |

PROFORMA
### RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
### INTERNATIONAL CO. S.A
### CHARTER PARTY DATED 27TH JULY 2012

## 73. U.S. Census Bureau Mandatory Automated Export System (AES) Clause for Time Charter Parties

(a) If the Vessel loads cargo in any US port or place, the Charterers shall comply with the current US Census Bureau Regulations (15 CFR 30) or any subsequent amendments thereto and shall undertake the role of carrier for the purposes of such regulations and shall, in their own name, time and expense:

(i) Have in place a SCAC (Standard Carrier Alpha Code);

(ii) Have in place an ICB (International Carrier Bond);

(iii) Provide the Owners with a timely confirmation of (i) and (ii) above; and

(iv) Submit a export ocean manifest by AES (Automated Export System) to the US Census Bureau and provide the Owners at the same time with a copy thereof.

(b) The Charterers assume liability for and shall indemnify, defend and hold harmless the Owners against any loss and/or damage whatsoever (including consequential loss and/or damage) and/or any expenses, fines, penalties and all other claims of whatsoever nature, including but not limited to legal costs, arising from the Charterers failure to comply with any of the provisions of sub-clause (a).Should such failure result in any delay then, notwithstanding any provision in this Charter Party to the contrary, the Vessel shall remain on hire.

(c) If the Charterers' ICB is used to meet any penalties, duties, taxes or other charges which are solely the responsibility of the Owners, the Owners shall promptly reimburse the Charterers for those amounts.

(d) The assumption of the role of carrier by the Charterers pursuant to this Clause and for the purpose of the US Census Bureau Regulations (15 CFR 30) shall be without prejudice to the identity of carrier under any bill of lading, other contract, law or regulation.

## 74.
Charterers have the option to load and discharge at anchorage using ship's cranes and ships' grabs subject to Master's consent, as to the safety of the operations.

PROFORMA
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012**

## 75.   **Fumigation**

Fumigation, related to Officers' and Crew's illness is for Owners' account and the time required is off-hire, but if fumigation is attributable to cargo carried or infected ports, which should be reasonably proved by Owners visited under this Charter, such fumigation and all relating costs and time is for Charterers' account including related expenses such as transportation/accommodation/foods etc. in the event Master/officers/crews are required to disembark.

Fumigations always to be in accordance to latest recommendations of IMO/SOLAS etc.

## 76.   **Taxes**

Any dues and/or taxes on cargoes and/or freight and/or hire due to Charterers' trade and domicile to be for Charterers' account.

## 77.   **BIMCO'S Ice Clause**

The vessel shall not be ordered to or be bound to enter or cross any ice-bound port or place or area any port or place where lights, lightships, marks and buoys are or are likely to be withdrawn by reason of ice on the *vessel's* arrival or where there is risk that the vessel will not be able on account of ice to reach the port or place to depart after completing loading or discharging. If on account of ice the Master considers it dangerous to remain at the loading or discharging port or place for fear of the vessel being frozen in and/or damaged, he has liberty to sail to a convenient open port or place and await Charterers' fresh instructions. Any time lost or damage to vessel through any of the foregoing causes or on account of the vessel being frozen in ice shall be for Charterers' account.

The vessel shall not be obliged to force ice, nor to follow ice-breakers.

## 78.

In no event shall Charterers procure, of permit to be procured, for the vessel, any supplies, necessities or services in the name or for credit of the vessel or her Owners.

## 79.

In the event of contradiction or ambiguity between the Rider Clause and the printed NYPE form and its amendments, the Rider Clause shall prevail.

## 80.   **Steel Loading Clause**

In accordance with vessels' P + I club rules , charterers have to give owners not less Than 48 hours notice , Sunday and holiday excluded of , of their intention To load any steel cargo is loaded under this charter party .

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

The owners will appoint a surveyor through their P + I club to carry out a preloading survey of the cargo cost of which to be shared 50/50 between owners and charterers. The result of surveyor or possible remarks relating to the cargo will be inserted in mate receipts and subsequent bill(s) of ladings.

Steel cargoes to be sufficiently dunnaged/lashed/secured and unlashed/unsecured at Charterers' expenses and risk and in their time by stevedores.

Steel cargo always to be loaded in accordance to master/ vessels' class stowage plan .

In case of loading steel slabs charterers and /or stevedores are not allowed to stow the cargo on California Block Stowage.

## 81.   Gypsy Moth

Owners guarantee that the vessel meets all the US. Canadian and Australlan plant and quarantine regulations and has not called any C.I.S. pacific port since last 2 years. Furthermore owners guarantee that vessel is free of any stage of gypsy moth life ,be in form of egg masses, larvae or live animals .Directed related costs due to vessel not been able to comply with the above to be for owners account.

## 82.   Deck Cargo

Charterers are allowed to load deck cargo under strict adherence to the following:

Charterers to notify Owners for their intention to load deck cargo, before fixing the vessel, providing them at the same time with a list containing the description and individual weight of all the deck cargo to be loaded, for Owners'approval.

Deck cargo to be loaded, stowed, lashed, secured, and dunnaged and discharged free of expense and risk to the owners/vessel and to be loaded and stowed within vessel's deck/hatchcovers strengths subject to master's satisfaction as to vessel's trim and stability data. bills of lading covering deck cargoes to be claused: 'shipped on deck at charterers', shippers', and receivers' risk, expenses and responsibility, without liability on the part of the vessel, or her owners for any loss, damage, expense or delay howsoever caused'.

Charterers to remain responsible for damages to the vessel, her equipment and fittings as a result, directly or indirectly, of carrying deck cargo, of any nature and arising out of any reason, including but not limited to bad weather, improper lashing and/or securing of cargo etc.

Repairs of such damages to be effected as per the stevedoring damages clause

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

of the charter party.

Charterers shall hold owners harmless and undertake to indemnify owners for consequential losses and /or damages sustained from all deck cargo claims, by any party, as well as to the vessel.

Sufficient notice of intention to load deck cargo to be given to master to enable him to call surveyor of Owners' choice to supervise deck cargo load plan at Charterers cost and time. All lashing material and stanchions etc for cargoes on deck to be for Charterers' account. Charterers will bear all costs dues, charges, fines and expenses of whatever nature, due to the carriage of deck cargo, as well as the ensure that the cargo is loaded in accordance with local regulations in the loading and discharging port covering the relevant expenses and the vessel to remain always on hire.

Charterers to compensate owners for loading deck cargo by paying extra hire Usd 700 per day pro rata for the full voyage carrying the deck cargo commencing on dropping last outwards sea pilot last loading / discharging port prior proceeding to the port of loading deck cargo.

## 83.  Cuban Port Call/Arab Boycott
The Owners warrant that the vessel is not blacklisted by the Arab countries.

## 84.  Panama/Suez Fittings
PANAMA/SUEZ CANAL TRANSIT
The Owners guarantee that the vessel shall be fully fitted for Panama/Suez Canal transit and in possession of valid necessary certificates during the currency of this Charter to comply with the current regulations and requirements of both Canals.

## 85. Bottom Fouling
In the event that the vessel is required by charterer to stay for a prolonged period, meaning 20 days for the prolonged port stay in world wide ports or 15 days or more on tropical and/or seasonable tropical waters, in port or ports within the same area with maximum 24 hours steaming time between the ports or anchorage waiting for berth or otherwise and as a result of which a loss of performance (based on prolonged stay voyage performance and after long-stay voyage performance) occurs, and that such loss of performance warrants underwater cleaning of the vessel, Charterer shall undertake such cleaning at their time and expense to Owners satisfaction. Further charterer shall not claim any penalty on speed or bunker consumption during the remaining period before underwater cleaning has been performed to Owners' satisfaction.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 86. Charterers' House Flag

The charterers shall have the liberty to fly their own house flag .Time and cost for painting /restoration at previous condition to
be for Charterers ' account .

## 87. Laying Up

Charterers shall have the right to order the laying up to he vessel at any time and for any period of time at a safe berth or anchorage, and in the event of such lay- up the vessel will continue to be paid at the current/agreed hire rate without any discount and owners shall promptly take steps to effect all the economy savings in operating costs including insurance, which may be possible and give prompt credit to the charterers in respect of all such economy savings.

At the request of the charterers, the owners shall at any time provide an estimate of the economy savings which would be possible in the event of laying up of the vessel .The charterers to have the benefit of any return insurance premium received by the owners from their underwriters as and when received by reason of the vessel being in port from minimum 30 (thirty) days , provided the vessel is on hire .

## 88. Double Banking

(A) The Charterers shall have the right, where and when it is customary and safe for vessels of similar size and type to do so, to order the vessel to go, lie or remain alongside another vessel or vessels of any size or description whatsoever or to order such vessels to come and remain alongside at such safe dock, wharf, anchorage or other place for transshipment, loading or discharging of cargo and/or bunkering.

(B) The Charterers shall pay for and provide such assistance and equipment as may be required to enable any of the operations mentioned in this clause safely to be completed and shall give the Owners such advance notice as they reasonably can of the details of any such operations.

(C) Without prejudice to the generality of the Charterers' rights under (A) and (B), it is expressly agreed that the Master shall have the right to refuse to allow the vessel to perform as provided in (A) and (B) if in his reasonable opinion it is not safe so to do.

(D) The Owners shall be entitled to insure any deductible under the vessel's hull policy and the Charterers shall reimburse the Owners any additional premium(s) required by the vessel's Underwriters and/or the cost of insuring any deductible under the vessel's hull policy.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

---

(E) The Charterers shall further indemnify the Owners for any costs, damage and liabilities resulting from such operation. The vessel shall remain on hire for any time lost including periods for repairs as a result of such operation.

Further, Charterers to use Yokohama fenders wherever same are available, or otherwise similar fenders to be provided by Charterers.

## 89.   Trading Exclusion
Vessel to be employed in lawful trades for the carriage of lawful merchandise and is not allowed to trade to ports / areas which are prohibited from trading by the United Nations and further with following exclusions:
CIS Pacific and Siberian ports, Israel and it's controlled territories, T.O.C.,  CIS Abhazia, **Former Yugoslavia(allowed)**, Haiti, Cuba, Great Lakes, St. Lawrence Seaway (but trade up to Montreal's permitted), Orinoco River beyond Puerto Ordaz, Orinoco River allowed but pilots always taken at mile 000 by helicopters and vessel, when in laden condition, to navigate in the river during daylight only, Amazon River West of Manaus, Guinea Bissau, Angola including Cabinda, N.Korea, Liberia, Congo, Dem. Rep. (Former Zaire), Ethiopia, Sierra Leone, Somalia and **Sri Lanka (allowed for supplying bunker and for embarking/disembarking arm guards)**, **Iraq(allowed as per clause 118)**, **Iran (allowed as per clause 117)**, Lebanon, **Yemen(allowed as per shortage clause agreed by Charterers for Yemen)**, S.Arabia **(allowed as per shortage clause agreed by Charterers for Yemen)**, **Japan(allowed as per Japan trading exclusion clause)**, Albania, Venezuela, Libya, Erithrea, Cambolia, Laos, Myanmar, Nikaragua, El Salvador, not north of San Lorenzo including terminal 6 at Parana River, Alaska, Beliz, Benin, Turkish occupied Cyprus, **Sudan(only Port Sudan allowed)**, Suriname, **Sea of Azov to be allowed only during  spring/summer periods, no ice allowed.**
No direct sailing between Mainland China and Taiwan.
No Coastal trading is permitted.
All war / war-like zones as determined by Lloyds of London, and any other places which vessel is from time to time prohibited calling by the national authorities under which the vessel is registered.

## Algeria / Tunisia / Syria / Nigeria are allowed only with following a cargo shortage clause to apply:
Bill of Lading weight to be checked against a joint draft survey at both load and discharge ports. If Bills of Lading and survey weight compatible, vessel not to be responsible for any short landing claims made by whomsoever Master to represent Owners in the joint draft surveys.
Furthermore, calling at Algeria / Tunisia / Syria / Nigeria for discharging, Owners are not responsible for cargo shortage and related claim(s). Any expenses and time losses due

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

to cargo shortage and any related claim(s) at Algeria / Tunisia / Syria /   Nigeria are to
be for Charterers" account and to be settled directly between Charterers and Receivers
or other relevant parties.

## <u>Yemen/S. Arabia are allowed only with following a cargo shortage clause to apply:</u>

Bill of Lading weight to be checked against a joint draft survey at both
load  and discharge ports. If Bills of Lading and survey weight compatible, vessel
not to be responsible for any short landing claims made by whomsoever Master to
represent Owners in the joint draft surveys.
Furthermore, calling at YEMEN OR SAUDI ARABIA for discharging, Owners are not
responsible for cargo shortage and related claim(s). Any expenses and time losses due
to cargo shortage and any related claim(s) at YEMEN OR SAUDI ARABIA are to be for
Charterers" account and to be settled directly between Charterers and Receivers or
other relevant parties.

## <u>G.o.a /Suez/Yemen passage allowed only via Owners piracy relative Clause 113.</u>

## <u>Venezuela</u>

Owners  agree  for  the  vessels to call Ports of Venezuela, under the
provisions  of  c/p  Cl. 89 as far as Navigation and limits of Orinoco
River  are  concerned.

## NAABSA CLAUSE

Charterers have the option to trade vessel at buenaventura/ river plate and south brazil
grain ports only not north of and excluding the port of vitoria , provided always soft
muddy seabed and maximum for two (2) times per year, where vessel of similar size
customarily lie safely aground.  Owners have option to arrange inspection of vessel's
bottom and underwater parts by diver and class surveyor before sailing from the
NAABSA port and if vessel actually touch bottom as per Master declaration.  If any
damage is found to vessel's bottom or underwater part, any extra time incurred and
expenses for such inspection/repairs shall be for Charterers account while vessel will
remain always on hire.

If no damage is found to vessel's bottom or underwater part, any extra time incurred
and expenses for such inspection shall shared equally between Owners and Charterers.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

---

## 90. Bunker Quality Control Clause

Charterers shall supply bunkers a quality by cp specified in the fuel specification which is complied with ISO 8217 2010 international fuel standard. The fuel supplied, sampling and bunkering papers must fully meet the requirements of annex 6, marpol 73/78.

ii. Prior to delivery of any bunkers onboard charterers are to provide to the master full details of the specification of the bunkers ordered and quantity. Charterers shall also ensure that a copy of the bunker delivery receipt is provided to the master following delivery of the bunkers onboard.

iii. Charterers shall be responsible for ensuring that during the bunkering operation three representative samples of the bunkers supplied shall be taken at the vessel's manifold by continuous drip method. Charterers shall ensure that the samples shall be taken in the presence of barge crew members (as charterers' representative), proper sealed in the presence of barge crew members. The sample labels to be signed by both the parties - vessel and barge representatives. One of the sample shall retain onboard the vessel for a one year period. Another one shall be presented to the barge.

iv. The third one shall be dispatched immediately by charterers' agent to Det Norske Veritas Petroleum Services laboratory for testing. Det Norske Veritas Petroleum Services laboratory address is placed on side of dispatching sample box. Charterers shall control the agents' action till awb number is reported to the vessel. All time spent whilst taking samples and arranging for their dispatch shall count as time on hire. The cost of sample dispatching arrangement till air courier picked up shall be shared equally between owners and charterers. All other sending costs shall be for Det Norske Veritas Petroleum Services account.

v. The sealed sample dispatched to Det Norske Veritas Petroleum Services shall be tested by Det Norske Veritas Petroleum Services to determine whether the bunker fuel confirms to the agreed specification. The findings of Det Norske Veritas Petroleum Services analysis shall be final and binding on both owners and charterers. In case dnvp's results show off-spec bunker owners to inform charterers about this promptly.

vi. If the bunkers are found to be off-spec by Det Norske Veritas Petroleum Services charterers are to pay owners for any damage suffered to the vessel arising from the use of such bunkers and for all time lost, costs and expenses incurred by owners. Charterers shall also arrange for any off-spec to be removed from the vessel without delay. Should charterers fail to arrange for such bunkers to be removed without delay, owners shall be entitled to arrange such operation themselves and shall be entitled to call in at any convenient port at any time for such purposes. All time, costs and expenses arising from

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

or In connection with the removal of bunkers from the vessel shall be for charterers account but should vessel be able to safely reach charterers Intended port with clean bunkers and be able to remove the bunkers, then vessel should be allowed to continue her voyage.

It is understood that owners have the right to appoint Det Norske Veritas Petroleum Services to conduct quality and quantity survey at owners' cost. Similarly, charterers have the right to appoint their own surveyor for quality and quantity at their cost.

Charterers have the option to stem RMF 180 only in South Africa as per Owners' cp specifications, but provided vanadium shall not exceed 300mg/kg.

**91.   Bunker Fuel Sulphur Content Clause**
a)      Without prejudice to anything else contained in this Charter Party, the Charterers shall supply fuels of such specifications and grades to permit the Vessel, at all times, to comply with the maximum sulphur content requirements of any emission control zone when the Vessel is ordered to trade within that zone.

The Charterers also warrant that any bunker suppliers, bunker craft operators and bunker surveyors used by the Charterers to supply such fuels shall comply with Regulations 14 and 18 of MARPOL Annex VI, including the Guidelines in respect of sampling and the provision of bunker delivery notes.

The Charterers shall indemnify, defend and hold harmless the Owners in respect of any loss, liability, delay, fines, costs or expenses arising or resulting from the Charterers' failure to comply with this Sub-clause (a).

b)       Provided always that the Charterers have fulfilled their obligations in respect of the supply of fuels in accordance with Sub-clause (a), the Owners warrant that:

(i)  The Vessel shall comply with Regulations 14 and 18 of MARPOL Annex VI and with the requirements of any emission control zone; and
(ii)  The Vessel shall be able to consume fuels of the required sulphur content when ordered by the Charterers to trade within any such zone.


Subject to having supplied the Vessel with fuels in accordance with sub-clause (a), the Charterers shall not otherwise be liable for any loss, delay, fines, costs or expenses arising or resulting from the Vessel's failure to comply with Regulations 14 and 18 of MARPOL Annex VI.

**PROFORMA**
## RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON INTERNATIONAL CO. S.A CHARTER PARTY DATED 27ᵀᴴ JULY 2012

c)      For the purpose of this Clause, "emission control zone" shall mean zones as stipulated in MARPOL Annex VI and/or zones regulated by regional and/or national authorities such as, but not limited to, the EU and the US Environmental Protection Agency.

## 92.   ISM Code
Owners confirm that both the vessel and the company shall comply with the requirements of the ISM Code and the International Ship and Port Facility Security (ISPS) Code, as these Codes apply to the vessel during the duration of this Charter Party. Upon request, the Owners shall provide a copy of the relevant Document of Compliance (DOC), Safety Management Certificate (SMC) and International Ship Security Certificate (ISSC) to Charterers.

Except as otherwise provided in this Charter Party any direct related proven loss, damage, expense or delay caused by failure on the part of Owners or "the Company" to comply with the ISM code or the ISPS Code shall be for Owners' account.

## 93.   Ganway Watchmen/ Tallymen
Gangway watchmen to be from vessel's crew , and from the cargo to be for charterers account , compulsory shore gangway watchmen, patrol watchmen or watchmen  for all purposes as also tallymen to be for charterers account .

## 94.
Owners guarantee that vessel has /will have the necessary certificates to perform her trips all period, vessel's gear is in full working order and vessel has valid Gear Certificates.

## 95.
Owners guarantee that vessel's class shall not change during this Charter and that vessel shall have a P & I Club that shall be one of the International pool of Clubs.

## 96.
Owners guarantee that the vessel's hatch covers to be watertight all throughout this Charter period. Charterers have the right to request Owners to perform a hose-test or chock test to check hatch covers tightness always prior loading only and if same found

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

to be defective, same to be rectified at Owners' time and expenses until they pass such test.

In case of dispute an independent surveyor to be mutually appointed and his opinion to be bounding for both parties. Surveyor's fees to be paid by party in default. In the event that vessel accepted after said survey on delivery-first loading port, all further holds cleaning/re-condition required will be for Charterers' account.

**97.**
Owners guarantee vessel is fully AHL/ISM fitted during this fixture.

**98.   North American Advance Cargo Notification Clause for Time Charter Parties**

(a) If the Vessel loads or carries cargo destined for the US or Canada or passing through US or Canadian ports in transit, the Charterers shall comply with the current US Customs regulations (19 CFR 4.7) or the Canada Border Services Agency regulations (Memorandum D3-5-2) or any subsequent amendments thereto and shall undertake the role of carrier for the purposes of such regulations and shall, in their own name, time and expense:

(i) Have in place a SCAC (Standard Carrier Alpha Code)/Canadian Customs Carrier Code;

(ii) For US trade, have in place an ICB (International Carrier Bond);

(iii) Provide the Owners with a timely confirmation of (i) and (ii) above as appropriate; and

(iv) Submit a cargo declaration by AMS (Automated Manifest System) to the US Customs or by ACI (Automated Commercial Information) to the Canadian customs, and provide the Owners at the same time with a copy thereof.

(b) The Charterers assume liability for and shall indemnify, defend and hold harmless the Owners against any loss and/or damage whatsoever (including consequential loss and/or damage) and/or any expenses, fines, penalties and all other claims of whatsoever nature, including but not limited to legal costs, arising from the CharterersA failure to comply with any of the provisions of sub-clause (a).Should such failure result in any delay then, notwithstanding any provision in this Charter Party to the contrary, the Vessel shall remain on hire.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

(c) If the Charterers' ICB is used to meet any penalties, duties, taxes or other charges which are solely the responsibility of the Owners, the Owners shall promptly reimburse the Charterers for those amounts.

(d) The assumption of the role of carrier by the Charterers pursuant to this Clause and for the purpose of the US Customs Regulations (19 CFR 4.7) shall be without prejudice to the identity of carrier under any bill of lading, other contract, law or regulation.

## 99.  BIMCO Stowaways Clause for Time Charters

(a) (i) The Charterers warrant to exercise due care and diligence in preventing stowaways in gaining access to the Vessel by means of secreting away in the goods and/or containers shipped by the Charterers.

(ii) If, despite the exercise of due care and diligence by the Charterers, stowaways have gained access to the Vessel by means of secreting away in the goods and/or containers shipped by the Charterers, this shall amount to breach of charter for the consequences of which the Charterers shall be liable and shall hold the Owners harmless and shall keep them indemnified against all claims whatsoever which may arise and be made against them. Furthermore, all time lost and all expenses whatsoever and howsoever incurred, including fines, shall be for the Charterers' account and the Vessel shall remain on hire.

(iii) Should the Vessel be arrested as a result of the Charterers' breach of charter according to sub-clause (a)(ii) above, the Charterers shall take all reasonable steps to secure that, within a reasonable time, the Vessel is released and at their expense put up bail to secure release of the Vessel.

(b) (i) If, despite the exercise of due care and diligence by the Owners, stowaways have gained access to the Vessel by means other than secreting away in the goods and/or containers shipped by the Charterers, all time lost and all expenses whatsoever and howsoever incurred, including fines, shall be for the Owners' account and the Vessel shall be off hire.

(ii) Should the Vessel be arrested as a result of stowaways having gained access to the Vessel by means other than secreting away in the goods and/or containers shipped by the Charterers, the Owners shall take all reasonable steps to secure that, within a reasonable time, the Vessel is released and at their expense put up bail to secure release of the Vessel.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

## 100.  U.S.A. Bill(s) of Lading
### U.S. Trade - Unique Bill Of Lading Identifier Clause
The Charterers warrant that each transport document accompanying a shipment of cargo destined to a port or place in the United States of America shall have been endorsed with a Unique Bill of Lading Identifier as required by the U.S. Customs Regulations (19 CFR Part 4 Section 4.7.a) including subsequent changes, amendments or modifications thereto, not later than the first port of call.

Non-compliance with the provisions of this Clause shall amount to breach of warranty for the consequences of which the Charterers shall be liable and shall hold the Owners harmless and shall keep them indemnified against all claims whatsoever which may arise and be made against them.

Furthermore, all time lost and all expenses incurred including fines as a result of the Charterers' breach of the provisions of this Clause shall be for the Charterers' account.

## 101.  U.S. Anti Drug Abuse Act 1986 Clause for Time Charters.
(a) In pursuance of the provisions of the U.S. Anti Drug Abuse Act 1986, or any re-enactment thereof, the Charterers warrant to exercise the highest degree of care and diligence in preventing unmanifested narcotic drugs and marijuana to be loaded or concealed on board the Vessel.

Non-compliance with the provisions of this Clause shall amount to breach of warranty for the consequences of which the Charterers shall be liable and shall hold the Owners, the Master and the crew of the Vessel harmless and shall keep them indemnified against all claims whatsoever which may arise and be made against them individually or jointly. Furthermore, all time lost and all expenses incurred, including fines, as a result of the Charterers' breach of the provisions of this Clause shall be for the Charterers' account and the Vessel shall remain on hire.

Should the Vessel be arrested as a result of the Charterers' non-compliance with the provisions of this Clause, the Charterers shall at their expense take all reasonable steps to secure that within a reasonable time the Vessel is released and at their expense put up bail to secure release of the Vessel.

The Owners shall remain responsible for all time lost and all expenses incurred, Including fines, in the event that unmanifested narcotic drugs and marijuana are found

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27ᵀᴴ JULY 2012**

In the possession or effects of the Vessel's personnel.

(b) In pursuance of the provisions of sub-clause (a) above, the Owners and the Charterers warrant that they shall both become signatories to the Sea Carrier Initiative Agreement on signing this Charter Party or on delivery of the Vessel under this Charter, whichever is the earlier, and will so remain during the currency of the Charter.

**102.**
Vessel to be always left in seaworthy condition between all load and discharging berths and ports and between loading ports or discharging ports to the Masters' complete satisfaction.

**103. Crane Breakdown**
In the event of breakdown of cranes by reason of disablement or insufficient power or otherwise, the hire is to be reduced for the period of such insufficiency pro rata to the number of cranes affected in relation to the total cranes of the vessel. If shore cranes are available, Charterers prior to ordering shore cranes, to provide Owners with a grace period for the crane(s) in default of   twelve (12) hours and then to have the right to continue working the vessel by using shore equipment, in which event the vessel shall remain on hire for all time shore equipment is working, but Owners to pay for shore appliances, shore crane cost not to exceed the daily hire

Owners shall reimburse Charterers (by an agreed deduction from hire) for directly related expenses up to maximum one shift or present shift as case incurred, which arise as a consequence of crane breakdown being of pro rata or for using shore equipment provided Owners' agreement/approval has been obtained first concerning the cost of shore equipment. Approval should not be unreasonably withheld.

Furthermore, any actual time lost due to inefficiency in working the vessel with shore equipment shall be deducted from the hire on a pro rata basis.

**104. Weather Routing**
Charterers may employ the services of an independent well recognized/established weather bureau reporting service such as ocean routes to route monitor the vessel and Master is to comply with the reporting procedure provided same is safe for vessel/cargo/crew at the sole discretion of Master. The vessel shall be capable at all times of performing as per vessel's  time charter description, in the event that this is not

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

the case, then Charterers to have the right to lodge a claim for slow speed or over consumption.

Evidence of the weather conditions to be taken as reported daily on the noon position report to Charterers by the Vessel and charterers' / owners' appointed weather bureau data. owners retain the right to appoint their own independent weather report company to advise pro or retro actively. Prior both parties to proceeding with arbitration owners and charterers to attempt to reach a compromise. In the event of a disagreement or possible claim and under the scope to avoid arbitration procedures, if possible, both parties (i.e. Owners and Charterers) agree to mutually nominate/appoint a third independent party ( except Messers Awt) whose decision to be final and binding and cost of such party to be equally shared between Owners and Charterers

## 105.  Dry Dock / Special Survey Clause
No drydock during this Charter Party, except only in emergency cases

## 106.  U.S. Security Clause for time Chartering, Bimco Clause
Deleted, not applicable anymore.

## 107.  Intermediate Hold Cleaning
Provided permitted by local regulations, crew to clean vessel's holds between cargoes, safety/ time/ port regulations, permitting, to the best of their ability as if vessel was trading for Owners' own account, however, Owners not to be held responsible should vessel fail subsequent hold inspection due to hold cleanliness. In the event vessel fails inspection the crew to clean again without further payment but vessel to remain on hire.

All hold cleaning bonus to paid direct to Owners with hire payment. Cost of fresh water consumed during intermediate hold cleaning as per Masters' advice to be for Charterers account.

All materials (including chemicals and detergents) required for cleaning of cargo holds as per Masters' advice shall be supplied by and paid for by the Charterers.

Throughout the currency of this Charter Party and at redelivery, the Charterers shall remain responsible for all costs and time, including deviation, if any, associated with the

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

removal and disposal of cargo related residues and/or hold washing water and/or chemicals and detergents and/or waste as defined by MARPOL Annex V, Section 1 or other applicable rules relating to the disposal of such substances

## 108.  **BIMCO ISPS/MTSA Clause For Time Charter Parties 2005**

**(a)(i)** The Owners shall comply with the requirements of the International Code for the Security of Ships and of Port Facilities and the relevant amendments to Chapter XI of SOLAS (ISPS Code) relating to the Vessel and "the Company" (as defined by the ISPS Code). If trading to or from the United States or passing through United States waters, the Owners shall also comply with the requirements of the US Maritime Transportation Security Act 2002 (MTSA) relating to the Vessel and the "Owner" (as defined by the MTSA).

**(ii)** Upon request the Owners shall provide the Charterers with a copy of the relevant International Ship Security Certificate (or the Interim International Ship Security Certificate) and the full style contact details of the Company Security Officer (CSO).

**(iii)** Loss, damages, expense or delay (excluding consequential loss, damages, expense or delay) caused by failure on the part of the Owners or "the Company"/"Owner" to comply with the requirements of the ISPS Code/MTSA or this Clause shall be for the Owners' account, except as otherwise provided in this Charter Party.

**(b)(i)** The Charterers shall provide the Owners and the Master with their full style contact details and, upon request, any other information the Owners require to comply with the ISPS Code/MTSA. Where sub-letting is permitted under the terms of this Charter Party, the Charterers shall ensure that the contact details of all sub-charterers are likewise provided to the Owners and the Master. Furthermore, the Charterers shall ensure that all sub-charter parties they enter into during the period of this Charter Party contain the following provision:

> "*The Charterers shall provide the Owners with their full style contact details and, where sub-letting is permitted under the terms of the charter party, shall ensure that the contact details of all sub-charterers are likewise provided to the Owners*".

**(ii)** Loss, damages, expense or delay (excluding consequential loss, damages, expense or delay) caused by failure on the part of the Charterers to comply with this Clause shall be for the Charterers' account, except as otherwise provided in this Charter Party.

**(c)** Notwithstanding anything else contained in this Charter Party all delay, costs or expenses whatsoever arising out of or related to security regulations or measures

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

required by the port facility or any relevant authority in accordance with the ISPS Code/MTSA including, but not limited to, security guards, launch services, vessel escorts, security fees or taxes and inspections, shall be for the Charterers' account, unless such costs or expenses result solely from the negligence of the Owners, Master or crew. All measures required by the Owners to comply with the Ship Security Plan shall be for the Owners' account.

**(d)** If either party makes any payment which is for the other party's account according to this Clause, the other party shall indemnify the paying party.

## 109. Towlines/tugboats / Chilean ports ( mooring ropes )
At various ports of call in case , tow masters' refuse to use vessel towlines such rentals of tug boats to be for charterers account .When vessel trading in Chilean waters charterers , on their account to supply on rent at least 12 mooring ropes for vessels' safe berthing due to high swell  .

## 110. SOUTH AFRICAN BUNKERS CLAUSE
If at S. Africa IFO ISO8217:2010  RMG 380 is not available Charterers have the option to stem RMF 180 ISO 8217:2010 spec ( as RME is not available in south Africa ) charterers will supply the appropriate fuel additives if available for main engine combustion purposes, ISO 8217:2010 RMF180- quantities to be minimum necessary and reasonable for their trade.

## 111. BIMCO  BULK CARRIER SAFETY CLAUSE
(a) The charterers shall instruct the terminal operators or their representatives to co- operate with the master in completing the IMO /SHIP/SHORE safety checklist and shall arrange all cargo operations strictly in accordance with the guidelines set out therein.
(b) In addition to the above and notwithstanding any provision in this charter party
    In respect of loading / discharging rates, the charterers shall instruct the terminal operators to load / discharge the vessel in accordance with the loading / discharging plan , which shall be approved by the master with due regard to the vessel's draught , trim . stability, stress or any other factor which may affect the safety of the vessel .
(c) At any time during cargo operations the master may, if he deems it necessary for reasons of safety of the vessel's, instruct the terminal operators or their representatives to slow down or stop the loading or discharging.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27ᵀᴴ JULY 2012**

(d) Compliance with the provisions of this clause shall not affect the hire of the Vessel.

## 112. HOLD CLEANLINESS

Vessel's hold on delivery to be clean/swept/washed down and so as to receive Charterers intended cargo including grain in all respects, free of salt, rust scale and previous cargo to the satisfaction of Charterers' nominated surveyors Should the vessel not be approved by Charterers' nominated surveyor's satisfaction as to cleanliness as above, then the vessel to be placed off-hire from the time of such rejection until the vessel is fully accepted and any directly related including stevedore standby charge up to 1shift, and working time lost incurred to be for Owners account.

In case part of the vessel's hold(s) pass inspection and loading actually commence from passed hold(s) first, then off hire time to be calculated on prorata basis.

Owners to have the right to appoint their own Surveyor, through their P & I Club to verify the findings of the Charterers' / Shippers' Surveyor, which gave grounds for the rejection of the holds.

In case of disagreement between the two Surveyors, a third mutually agreed Surveyor to be appointed, whose findings will be binding for the parties, the parties equally sharing the time and cost.

## PROTECTIVE CLAUSES

New Jason Clause, Both-to-Blame Collision Clause, CONWARTIME 2004, P & I Bunkering Clause ,General average clause and General Clause Paramount are to be incorporated in all Bill(s) of Lading.

Both-to-Blame Collision Clause, New Jason Clause, CONWARTIME 2004, P & I Bunkering Clause, General average clause , General Clause Paramount, U.K. Clause paramount, U.S.A. Clause Paramount, Canadian Clause Paramount as applicable are to be considered part of this Charter Party.

Bills of Lading Hague neither the Charterers nor their agents shall permit the issue of any Bill of Lading, way bill or other document evidencing a contract of carriage (whether or not signed on behalf of the Owners or on the Charterers' behalf or on behalf of any sub-Charterers) incorporation, where not compulsorily applicable, the Hamburg rules or any other legislation giving effect to the Hamburg rules or any other legislation imposing

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

liabilities in excess of Hague or Hague/Visby rules. The Charterers shall indemnify the Owners against any liability, loss or damage which may result from any breach of the foregoing provisions of this clause.

**It is well understood that prior vessels delivery Owners must have a copy of original Charter Party in e-mail form signed by Charterers for operational purposes.**

## NEW BOTH-TO-BLAME COLLISION CLAUSE

If the liability for any collision In which the vessel is involved while performing this Charter Party fails to be determined in accordance with the laws of the United States of America, the following clause shall apply:

## BOTH-TO-BLAME COLLISION CLAUSE

'If the ship comes into collision with another ship as a result of the negligence of the other ship and any act, neglect or default of the Master, mariner, pilot or the servants of the carrier in the navigation or in the management of the ship, the Owners of the goods carried hereunder will indemnify the carrier against all loss or liability to the other or non-carrying ship or her Owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the Owners of the said goods, paid or payable by the other or non-carrying ship or her Owners to the Owners of the said goods and set off, recouped or recovered by the other or non-carrying ship or her Owners as part of their claim against the carrying ship or carrier.

The foregoing provisions shall also apply where the Owners, Operators or those in charge of any ship or ships or objects other than, or in addition to, the colliding ships or objects are at fault in respect to a collision or contact and the Charterers shall procure that all Bills of Lading issued under this Charter Party shall contain the same clause.

## NEW JASON CLAUSE

In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the carrier is not responsible, by statute, contract or otherwise, the goods, shippers, consignees or Owners of the goods shall contribute with the carrier in general average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the goods.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

If a salving ship is owned and operated by the carrier, salvage shall be paid for as fully as if the said salving ship or ships belonged to strangers. Such deposit as the carrier or his agents may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the goods, shippers, consignees or Owners of the goods to the carrier before delivery.

## BIMCO STANDARD WAR RISK CLAUSE FOR TIME CHARTERS, 2004 (CODE NAME: "CONWARTIME 2004")

**(a)**　For the purpose of this Clause, the words:

(i) "Owners" shall include the Shipowners, Bareboat Charterers, Disponent Owners, Managers or other Operators who are charged with the management of the Vessel, and the Master; and

(ii) "War Risks" shall include any actual, threatened or reported: war; act of war; civil war; hostilities; revolution; rebellion; civil commotion; warlike operations; laying of mines; acts of piracy; acts of terrorists; acts of hostility or malicious damage; blockades (whether imposed against all vessels or imposed selectively against vessels of certain flags or Ownership, or against certain cargoes or crews or otherwise howsoever); by any person, body, terrorist or political group, or the Government of any state whatsoever, which, in the reasonable judgment of the Master and/or the Owners, may be dangerous or are likely to be or to become dangerous to the Vessel, her cargo, crew or other persons on board the Vessel.

**(b)** The Vessel, unless the written consent of the Owners be first obtained, shall not be ordered to or required to continue to or through, any port, place, area or zone (whether of land or sea), or any waterway or canal, where it appears that the Vessel, her cargo, crew or other persons on board the Vessel, in the reasonable judgment of the Master and/or the Owners, may be, or are likely to be, exposed to War Risks. Should the Vessel be within any such place as aforesaid, which only becomes dangerous, or is likely to be or to become dangerous, after her entry into it, she shall be at liberty to leave it.

**(c)** The Vessel shall not be required to load contraband cargo, or to pass through any blockade, whether such blockade be imposed on all vessels, or is imposed selectively in

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

any way whatsoever against vessels of certain flags or Ownership, or against certain cargoes or crews or otherwise howsoever, or to proceed to an area where she shall be subject, or is likely to be subject to a belligerents right of search and/or confiscation.

**(d)** (i) The Owners may effect war risks insurance in respect of the Hull and Machinery of the Vessel and their other interests (including, but not limited to, loss of earnings and detention, the crew and their protection and Indemnity Risks), and the premiums and/or calls therefore shall be for their account.

(ii) If the Underwriters of such insurance should require payment of premiums and/or calls because, pursuant to the Charterers' orders, the Vessel is within, or is due to enter and remain within, or pass through any area or areas which are specified by such Underwriters as being subject to additional premiums because of War Risks, then the actual premiums and/or calls paid shall be reimbursed by the Charterers to the Owners at the same time as the next payment of hire is due, or upon redelivery, whichever occurs first.

**(e)** If the Owners become liable under the terms of employment to pay to the crew any bonus or additional wages in respect of sailing into an area which is dangerous in the manner defined by the said terms, then the actual bonus or additional wages paid shall be reimbursed to the Owners by the Charterers at the same time as the next payment of hire is due, or upon redelivery, whichever occurs first.

**(f)** The Vessel shall have liberty:

(i) To comply with all orders, directions, recommendations or advice as to departure, arrival, routes, sailing in convoy, ports of call, stoppages, destinations, discharge of cargo, delivery, or in any other way whatsoever, which are given by the Government of the Nation under whose flag the Vessel sails, or other Government to whose laws the Owners are subject, or any other Government, body or group whatsoever acting with the power to compel compliance with their orders or directions;

(ii) To comply with the order, directions or recommendations of any war risks underwriters who have the authority to give the same under the terms of the war risks insurance;

(iii) To comply with the terms of any resolution of the Security Council of the United Nations, the effective orders of any other supranational body which has the right to issue and give the same, and with national laws aimed at enforcing the same to which

PROFORMA
## RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
## INTERNATIONAL CO. S.A
## CHARTER PARTY DATED 27TH JULY 2012

the Owners are subject, and to obey the orders and directions of those who are charged with their enforcement;

(iv) To discharge at any other port any cargo or part thereof which may render the Vessel liable to confiscation as a contraband carrier;

(v) To call at any other port to change the crew or any part thereof or other persons on board the Vessel when there is reason to believe that they may be subject to internment, imprisonment or other sanctions.

**(g)** If in accordance with their rights under the foregoing provisions of this Clause, the Owners shall refuse to proceed to the loading or discharging ports, or any one or more of them, they shall immediately inform the Charterers. No cargo shall be discharged at any alternative port without first giving the Charterers notice of the Owners' intention to do so and requesting them to nominate a safe port for such discharge. Failing such nomination by the Charterers within 48 hours of the receipt of such notice and request, the Owners may discharge the cargo at any safe port of their own choice.

**(h)** If in compliance with any of the provisions of sub-clauses (b) to (g) of this Clause anything is done or not done, such shall not be deemed a deviation, but shall be considered as due fulfillment of this Charter Party.

## PROTECTION AND INDEMNITY BUNKERING CLAUSE
The vessel, in addition to all other liberties, shall have the liberty as part of the contract voyage and at any stage thereof to proceed to any port or ports whatsoever whether such ports are on or off the direct and/or customary route or routes to the ports of loading or discharge named in this Charter and there take oil bunkers in any quantity in the discretion of Owners even to the full capacity of fuel tanks, deeptanks and other compartment in which oil can be carried whether such amount is or is not required for the chartered voyage.

## BIMCO – U.S. TAX REFORM 1976 CLAUSE
Any U.S. Gross Transportation Tax as enacted by the United States Public Law 99-514 (also referred to as the U.S. Tax Reform Act of 1986), including later changes or amendments, levied on income attributable to transportation under this Charter party which begins or ends in the United States, and which income under the laws of the United States is treated as U.S. source transportation gross income, shall be reimbursed by the Charterers.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

In case owners are able to obtain compensation of any sums paid by charterers from the relevant authorities based on information and disclosures acceptable to owners then this amount to be immediately recompensated to charterers.

## *BIMCO LIEN CLAUSE FOR TIME CHARTERS*

In addition to the right of lien conferred on the Owners according to the provisions of the charter party lien clause, the Owners also to have a lien over bunkers on board, as well as over any sums due to Time Charterers under any sub-charterparties (in addition to freights and sub-freights), for any amounts due under this charter party.

Further, in the event of the Owners' exercise of their liability to withdraw the vessel in accordance with the provisions of the charter-party withdrawal clause, the ownership of any bunkers remaining on board shall thereupon vest in Owners, who shall allow to time charterers by way of credit against any sums due to Owners the value of such bunkers calculated in accordance with the provisions of the charter-party bunkers clause applicable on redelivery.

## BIMCO Sanctions Clause for Time Charter Parties

(a) The Owners shall not be obliged to comply with any orders for the employment of the Vessel in any carriage, trade or on a voyage which, in the reasonable judgement of the Owners, will expose the Vessel, Owners, managers, crew, the Vessel's insurers, or their re-insurers, to any sanction or prohibition imposed by any State, Supranational or International Governmental Organisation.

(b) If the Vessel is already performing an employment to which such sanction or prohibition is subsequently applied, the Owners shall have the right to refuse to proceed with the employment and the Charterers shall be obliged to issue alternative voyage orders within 48 hours of receipt of Owners' notification of their refusal to proceed. If the Charterers do not issue such alternative voyage orders the Owners may discharge any cargo already loaded at any safe port (including the port of loading). The Vessel to remain on hire pending completion of Charterers' alternative voyage orders or delivery of cargo by the Owners and Charterers to remain responsible for all additional costs and expenses incurred in connection with such orders/delivery of cargo. If in compliance with this Sub-clause (b) anything is done or not done, such shall not be deemed a deviation.

**PROFORMA**
**RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON**
**INTERNATIONAL CO. S.A**
**CHARTER PARTY DATED 27TH JULY 2012**

(c) The Charterers shall indemnify the Owners against any and all claims whatsoever brought by the owners of the cargo and/or the holders of Bills of Lading and/or sub-charterers against the Owners by reason of the Owners' compliance with such alternative voyage orders or delivery of the cargo in accordance with Sub-clause (b).

(d) The Charterers shall procure that this Clause shall be incorporated into all sub-charters and Bills of Lading issued pursuant to this Charter Party.

## 113. BIMCO ANTI-PIRACY CLAUSE

(a) The Vessel, unless the written consent of the Owners be first obtained, shall not be ordered to or required to continue to or through, any port, place, area or zone (whether of land or sea), or any waterway or canal, where it appears that the Vessel, her cargo, crew or other persons on board the Vessel, in the reasonable judgment of the Master and/or the Owners, may be, or are likely to be, exposed to any actual, threatened or reported acts of piracy, whether such risk of piracy existed at the time of entering into this charter party or occurred thereafter. Should the Vessel be within any such place as aforesaid, which only becomes dangerous, or is likely to be or to become dangerous, after her entry into it, she shall be at liberty to leave it.

(b) If the Owners do not give their consent they shall immediately inform the Charterers and the Charterers shall be obliged to issue alternative voyage orders and any time lost due to compliance with such orders shall not be considered off-hire. The Charterers shall indemnify the Owners for any claims from holders of Bills of Lading or third parties caused by such orders.

(c) If the Owners consent or if the Vessel proceeds to or through an area exposed to risk of piracy the Owners shall have the liberty:

(i) to take reasonable preventive measures to protect the vessel, her crew and cargo including but not limited to taking a reasonable alternative route, proceeding in convoy, using escorts, avoiding day or night navigation, adjusting speed or course, or engaging security personnel or equipment on or about the vessel,

(ii) to comply with the orders, directions or recommendations of any underwriters who have the authority to give the same under the terms of the insurance;

(iii) to comply with all orders, directions, recommendations or advice given by the Government of the Nation under whose flag the Vessel sails, or other Government to whose laws the Owners are subject, or any other Government, body or group, including military authorities, whatsoever acting with the power to compel compliance with their orders or directions;

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

(iv) to comply with the terms of any resolution of the Security Council of the United Nations, the effective orders of any other Supranational body which has the right to issue and give the same, and with national laws aimed at enforcing the same to which the Owners are subject, and to obey the orders and directions of those who are charged with their enforcement; and the Charterers shall indemnify the Owners for any claims from holders of Bills of Lading or third parties caused by such orders.

(d) Costs
(i) If the Vessel proceeds to or through an area where due to risk of piracy additional costs will be incurred including but not limited to additional insurance, additional personnel and preventative measures to avoid piracy attacks, such costs shall be for the Charterers' account. Any time lost waiting for convoys, following recommended routeing, timing, or reducing speed or taking measures to minimize risk, shall be for the Charterers' account and the Vessel shall remain on hire;

(ii) If the Owners become liable under the terms of employment to pay to the crew any bonus or additional wages in respect of sailing into an area which is dangerous in the manner defined by the said terms, then the actual bonus or additional wages paid shall be reimbursed to the Owners by the Charterers at the same time as the next payment of hire is due, or upon redelivery, whichever occurs first;

(iii) If the underwriters of the Owners' insurances should require payment of additional premiums and/or calls because, pursuant to the Charterers' orders, the Vessel is within, or is due to enter and remain within, or pass through any area or areas which are specified by such Underwriters as being subject to additional premiums because of piracy risks, then the actual additional premiums and/or calls paid shall be reimbursed by the Charterers to the Owners at the same time as the next payment of hire is due, or upon redelivery, whichever occurs first.

(e) If the Vessel is attacked or seized by pirates any time lost shall be for the account of the Charterers and the Vessel shall remain on hire. If the Vessel is seized the Owners shall keep the Charterers closely informed of the efforts made to have the Vessel released.

(f) If in compliance with this Clause anything is done or not done, such shall not be deemed a deviation, but shall be considered as due fulfilment of this Charter Party.

It is understood and agreed that the intention for the vessel is to trade via Gulf of Aden during subject period Time Charter and consent for the same not to be unreasonably withheld by Owners, unless Owners can provide evidence from underwriters A/O BIMCO A/O IMO A/O ITF AND other accredited sources  that the situation in the area has deteriorated to such extent that it is not safe for the vessel/crew to transit through the area.

## PROFORMA
## RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
## INTERNATIONAL CO. S.A
## CHARTER PARTY DATED 27TH JULY 2012

The vessel not to be instructed to sail within the 12 miles zone alongside of  India but master will route the vessel in accordance with safest and quickest route at his discretion.

Vessel to pass G.o.a with first available naval convoy.

Goa  Expenses : Chartererers to pay /remit immediately  to Owners on declaration of routing by Charterers lumpsum USD 85,000 for each single  passage  vessel makes during this period, without presentation of  vouchers,  including  (k&r,awrp,crew bonus, loss of hire security guards and etc.)

Since been agreed the insurance for loss of hire to be made by Owners, also foll wording to apply:

In  case  of Vessel's  capture by pirates hire payment will be ceased and vessel will be placed off-hire.

Master/Owners  to  be allowed to follow a route that will avoid pirate areas,  but  if  vessel  will  proceed  w/i  12  miles of Indian coast no AWRP/Crew  bonus for Charterers account ,if vessel  proceed the shortest route after Pmo  to  Colombo  and/or  after  Colombo  to  Pmo maximum  amount USD30,000  without  voucher, (including AWRP/Crew bonus etc.) for Charterers account.

In any case Master/Owners not to use armed guards/loh.

**114.**

General Average/English Law/London Arbitration to apply.

**115.**

AA) If needed, artificial non permanent separation to be allowed in Charterers' time/expenses/risk always under master supervision and approval.  Removal of all materials used for the artificial separation to be effected at Charetrers' risk, time and cost.

**PROFORMA**
## RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON INTERNATIONAL CO. S.A
### CHARTER PARTY DATED 27TH JULY 2012

BB) Owners guarantee that vessel is not black-listed in ports of call ITF/WWF/AHL in good order.

## 116.JAPAN Trading Exclusion Clause

The Charterers shall not be entitled to order the vessel, nor Owners obliged to obey such an order, to any port, place, area or zone or any waterway where the Owners consider, in their absolute discretion, the vessel, her cargo, crew or other persons on board the vessel may be exposed to radiation. If such orders have already been given, or if the vessel is already in such place as aforesaid, then, at any time thereafter, the vessel, without any liability whatsoever, shall not be required to continue to or through such place as aforesaid, nor to wait at such a place as aforesaid, and the Charterers shall be obliged to issue alternative voyage orders and shall indemnify the Owners for any claims from holders of the bills of lading caused by waiting for such orders and/or performance of an alternative voyage and/or leaving the place aforesaid. Any time lost in complying with such orders shall not be considered off-hire.

Any delay and/or deviation caused by change of course to avoid passing through areas which Owners in their absolute discretion consider will expose the vessel to radiation shall be for Charterers' account and Charterers shall indemnify Owners for any loss caused by ordering to trade through such areas or to such port. If, in compliance with this clause, anything is done or not done, such shall not be deemed a deviation, but shall be considered as due fulfilment of this charterparty. In the event of a conflict between the provisions of this clause and any implied or express provision of the charterparty, this clause shall prevail to the extent of such conflict, but no further.

Charterers guarantee that any bills of lading issued pursuant to this charterparty will not expose Owners to any greater liability than that contained in this clause or any other clause of the charterparty and Charterers will indemnify Owners for any liability caused by an exposure to liability in the bills of lading greater than this charterparty.

For a period Charter we would add the following:

"If during the currency of this Charter the vessel calls at a Japanese Port, any future trading limitation imposed to the vessel and/or delays and/or extra costs, will be entirely the Time Charterers' responsibility, while the Owners will have the right to claim compensation for the damages they will suffer, all extra expenses will be paid by the Charterers and the vessel will remain on hire

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 117. Vessel calling Iran

The vessel is allowed to call Iran provided that no parties in the trade are under EU &
USA Sanctions, etc. biz details, including full style of the parties involved to be advised
to owners prior to fixing and as long as such call to Iranian Ports does not affect vessel's
H+M & P+I cover.

Prior fixing the vessel Charterers to provide the Owners with the following
questionnaire duly filled in order Owners to obtain their Underwriters
approval.

Cargo          :
What is it       :
Does it originate in Iran?  :
Has it been exported from Iran? :
Please also supply details of any imports of cargo into Iran:
Places:
Loading port?  :
Discharge port?      :
Any intermediate calls contemplated (e.g. ship-to-ship transfers)? :
What are the dates of loading and discharge of the cargo? :
Companies       :

Please supply details of the following, including their nationalities
Time charterers? :
Sub / voyage charterers?  :
Cargo shippers? :
Cargo receivers? :
Dates of:  :
Trade contract?  :
Time charter? :
Sub / voyage charter? :
Are any payments due to be made by Owners to, or received from, Iranian
interests?

Owners, if recommended or ordered by their P+I Club, H+M Underwriters, flag
state  or other, have the right to seek  legal advice from a London Law firm
at Charts cost, in order to obtain the confirmation for calling Iran.

PROFORMA
RIDER CLAUSES TO M/V "SALAMINIA" /ACC PHAETHON
INTERNATIONAL CO. S.A
CHARTER PARTY DATED 27TH JULY 2012

## 118. Vessel calling Iraq

Owners allow same for trade as per Iran clause terms(**cl.117**).

For and on behalf of the Owners                    For and on behalf of the Charterers

**Phillips, Rose**

| | |
|---|---|
| **From:** | Dowell, Jan <Jan.Dowell@whitneybank.com> |
| **Sent:** | Tuesday, February 19, 2013 11:22 AM |
| **To:** | Phillips, Rose |
| **Attachments:** | 20130219112037629.pdf |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This E-Mail transmission (and/or the documents accompanying it) may contain information belonging to the sender which is confidential, privileged and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-Mail transmission in error, please immediately notify us by return E-Mail or telephone to arrange for return of its contents including any documents.

# Salaminia Shipping Inc.

## 80, Broad Street - Monrovia - Liberia

## Statement of Account

| Vessel: | M/V Salaminia | | | | Date | 18/02/13 |
|---|---|---|---|---|---|---|
| Account: | Phaethon International Co SA CP dd 27/7/12 | | | | | |

| HIRE | | | | | | |
|---|---|---|---|---|---|---|
| | FROM | | 31/08/12 10:30:00 | | | |
| | TO | | 16/02/13 11:30:00 | | | |
| | DAYS | | 169.041667 | | | |
| | HIRE PER DAY | | $10,900.00 | | | |
| | TOTAL | | | | | 1,842,554.17 |
| | | | | | | |
| | AD. COMS | | 3.75% | | 69,095.78 | |
| | | | | | | |
| C/E/V | | | $1,700.00 | | | 9,447.81 |
| | | | | | | |
| BOD | | | | | | |
| HS-FO | MT | 939.526 | $720.00 | | | 676,458.72 |
| LS-FO | MT | 74.547 | $750.00 | | | 55,910.25 |
| HS-DO | MT | 61.882 | $1,010.00 | | | 62,500.82 |
| LS-DO | MT | 15.751 | $1,060.00 | | | 16,696.06 |
| | | | | | | |
| BOR | | | | | | |
| HS-FO | MT | 761.500 | $720.00 | 548,280.00 | | |
| LS-FO | MT | 0.000 | $750.00 | 0.00 | | |
| HS-DO | MT | 35.500 | $1,010.00 | 35,855.00 | | |
| LS-DO | MT | 16.450 | $1,060.00 | 17,437.00 | | |
| | | | | | | |
| Stoppages for repairs | | | | | | |
| | FROM | | 03/10/12 03:00:00 | | | |
| | TO | | 05/10/12 14:00:00 | | | |
| | DAYS | | 2.45833 | 26,795.83 | | |
| | COMMS | | 3.75% | | | 1,004.84 |
| | CEV | | $1,700.00 | 137.40 | | |
| IFO | | 8.900 | $720.00 | 6,408.00 | | |
| MDO | | 0.100 | $1,010.00 | 101.00 | | |
| | | | | | | |
| Stoppages for repairs | | | | | | |
| | FROM | | 10/10/12 16:30:00 | | | |
| | TO | | 12/10/12 16:00:00 | | | |
| | DAYS | | 1.97917 | 21,572.92 | | |
| | COMMS | | 3.75% | | | 808.98 |
| | CEV | | $1,700.00 | 110.62 | | |
| IFO | | 8.610 | $720.00 | 6,199.20 | | |
| MDO | | 0.100 | $1,010.00 | 101.00 | | |
| | | | | | | |
| Stoppages for repairs | | | | | | |
| | FROM | | 15/10/12 22:30:00 | | | |
| | TO | | 18/10/12 19:00:00 | | | |
| | DAYS | | 2.85417 | 31,110.42 | | |
| | COMMS | | 3.75% | | | 1,166.64 |
| | CEV | | $1,700.00 | 159.52 | | |

EXHIBIT
B

| | | | |
|---|---|---|---|
| IFO | 10.500 | $720.00 | 7,560.00 |
| MDO | 0.100 | $1,010.00 | 101.00 |

### CHARTERERS' EXPENSES

| | |
|---|---|
| IHC after Imbituba | 3,000.00 |
| Lumpsum Messaied - Brazil | 85,000.00 |
| Lumpsum Durban - Fujairah | 85,000.00 |
| Costs related to the release from BIK | 15,000.00 |
| ILOHC | 6,000.00 |

### CHARTERERS' PAYMENTS

| | |
|---|---|
| 1st hire payment | 969,772.96 |
| 2nd hire payment | 78,016.82 |
| 3rd hire payment | 60,830.60 |
| 4th hire payment 17/12/12 | 133,745.57 |
| 5th hire payment 16/1/13 | 143,619.00 |
| 6th hire payment 28/1 | 94,924.26 |
| 7th hire payment 28/1 in ESCROW | 191,283.88 |
| 8th hire payment 30/1 | 84,337.12 |
| 9th hire payment 31/1 | 150,773.85 |
| 10th hire payment 5/2 | 6,826.36 |
| 11th hire payment 8/2 | 10,547.14 |

| | | |
|---|---|---|
| SUBTOTAL | 2,695,702.24 | 2,860,548.29 |
| BALANCE DUE TO OWNERS | 164,846.05 | |
| TOTAL | 2,860,548.29 | 2,860,548.29 |

E. & O. E.

Please remit the above balance to the following bank account

| | |
|---|---|
| Account No | 000020891547 |
| IBAN | GR5407307020000000020891547 |
| Bank | Bank of Cyprus |
| SWIFT | BCYPGRAA |
| Branch | Piraeus |
| Corr. Bank | J. P. Morgan Chase Bank |
| SWIFT | CHASUS33 |
| Beneficiary | Salaminia Shipping Inc. |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

SALAMINIA SHIPPING INC.                                   *   CIVIL ACTION
                                                          *
VERSUS                                                    *   NO.        **13-00054**
                                                          *
PHAETHON INTERNATIONAL CO., S.A.                          *   JUDGE      **SECT. R MAG. 3**
                                                          *
                                                          *   MAGISTRATE
                                                          *

### RULE B AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

I, Daniel A. Tadros, being duly sworn, deposes and says:

1. I am a member in good standing of the bar of this Honorable Court and of the firm Chaffe
   McCall, LLP, attorneys for Salaminia Shipping Inc. ("Salaminia").

2. I am familiar with the circumstances of the attached Verified Complaint and submit this
   affidavit in support of Salaminia's request for the issuance of process of maritime
   attachment of the property of Defendant Phaethon International Co. ("Phaethon"), a
   company organized and existing under the laws of a foreign country) pursuant to Rule B
   of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal
   Rules of Civil Procedure, namely the bunkers and other marine fuel oil onboard the M/V
   YASA FORTUNE and all other property of the Defendant currently within the
   jurisdiction of this Honorable Court.

3. I have personally searched the Louisiana Secretary of State Commercial Division's
   Corporation Database, telephone assistance in Louisiana and the Internet Yellow Pages,
   and have determined that this Defendant is not incorporated nor registered to do business
   in this State.

4. In my search I did not find any listing or reference to the Defendant in this district or state.

5. I therefore believe that the Defendant cannot be found within this district.

6. The conditions for the issuance of a process of attachment pursuant to Admiralty Rule B exist.

_____
Daniel A. Tadros

Sworn to before me this
20th day of February 2013

_____
Notary Public

**HARRY R. HOLLADAY**
NOTARY PUBLIC
STATE OF LOUISIANA
NOTARY ID # 25554
COMMISSION EXPIRES AT DEATH

2007659-1